IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH J. BONANZA, As Administrator of the Estate of TERRA LYNN BONANZA, deceased,<br><br>      Plaintiff,<br><br>-against-<br><br>COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S DEPARTMENT, ONEIDA COUNTY CORRECTIONAL FACILITY, CBH MEDICAL, P.C., HELIO HEALTH, INC., AND DEF CORPORATIONS, JANE DOES, JOHN DOES, JANE ROES, AND JOHN ROES (fictitious names, the true identities of which are unknown by plaintiff at present),<br><br>      Defendants. | NOTICE OF MOTION TO AMEND COMPLAINT<br><br>Case No.: 9:23-cv-691 (DNH/ATB) |

---

| | |
|---|---|
| **APPLICATION BY:** | Greene Reid & Pomeroy, PLLC, Jeffrey G. Pomeroy, Esq., Attorneys for plaintiff. |
| **RELIEF DEMANDED:** | An Order allowing plaintiff to amend his Second Amended Complaint to substitute certain individuals in place of the Jane and John Does and Jane and John Roes, and for such other and further relief as the Court deems just and proper. |
| **GROUNDS FOR RELIEF:** | FRCP 15 and 21; CPLR §1024; Court's Scheduling Order of January 22, 2024. |
| **COURT CONFERENCE:** | A conference was held with the Hon. Mitchell J. Katz, Magistrate Judge, on April 10, 2024, to discuss the issues raised in the motion, from which an Order was entered granting plaintiff's request to file the motion to amend. [Doc. No. 51]. |

| | |
|---|---|
| SUPPORTING PAPERS: | Affidavit of Jeffrey G. Pomeroy, Esq., sworn to the 29th day of April 2024, with attached Exhibits. |

Dated: April 29, 2024

_____
Jeffrey G. Pomeroy, Esq.
Bar Roll No. 509051
GREENE REID & POMEROY, PLLC
Attorneys for Plaintiff
173 Intrepid Lane
Syracuse, New York 13205
(315) 492-9665

TO:  David H. Walsh, Esq.
KENNEY SHELTON LIPTAK NOWAK, LLP
Attorneys for Defendants County of Oneida,
 Oneida County Sheriff's Department and
 Oneida County Correctional Facility
4615 North Street
Jamesville, NY 13078
(315) 492-3000

Jonathan F. Symer, Esq.
STEINBERG & SYMER, LLP
Attorneys for Defendant CBH Medical, P.C.
22 IBM Road, Suite 201
Poughkeepsie, NY 12601
(845) 471-4455

Christina M. Verone Juliana, Esq.
GOLDBERG SEGALLA, LLP
Attorneys for Defendant Helio Health, Inc.
5786 Widewaters Parkway
Syracuse, NY 13214
(315) 413-5425

cc:  Paul V. Mullin, Esq.
Sugarman Law Firm, LLP
211 West Jefferson Street
Syracuse, NY 13202
(315) 474-2943