# EXHIBIT B

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

File #: 2022-425
Date of Death: April 22, 2021

Name of Decedent:    Terra Lynn Bonanza

Domicile of Decedent:  1011 Churchill Ave, Utica, NY

Fiduciary Appointed:   Joseph J Bonanza
Mailing Address       1011 Churchill Avenue
                      Utica NY 13502

Letters Issued:        LIMITED LETTERS OF ADMINISTRATION

Limitations:
THESE LETTERS ARE LIMITED TO THE ENFORCEMENT OF A RIGHT OF ACTION IN FAVOR OF THE DECEASED OR HIS/HER LEGAL REPRESENTATIVE WHETHER UNDER GENERAL OR SPECIAL PROVISION OF LAW, INCLUDING OBTAINING MEDICAL RECORDS OR OTHER DOCUMENTATION IN RELATION THERETO, AND TO THE DEFENSE OF ANY CLAIM OR CAUSE OF ACTION AGAINST THE DECEASED OR HIS/HER LEGAL REPRESENTATIVE AND SAID ADMINISTRATOR IS RESTRAINED FROM A COMPROMISE OF THE ACTION AND THE ENFORCEMENT OF ANY JUDGMENT THEREON UNTIL THE FURTHER ORDER OF A COURT OF COMPETENT JURISDICTION UPON SATISFACTORY SECURITY.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: May 16, 2022

IN TESTIMONY WHEREOF, the seal of the Oneida County Surrogate's Court has been affixed.

WITNESS, Hon Louis P. Gigliotti, Judge of the Oneida County Surrogate's Court.

*Kelly A. Fuller*

Kelly A. Fuller, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Oneida County Surrogate's Court*

Attorney:
Christopher Jude Pelli
3 Derbyshire Pl
Utica NY 13501