# EXHIBIT C

---

In the Matter of the Notice of Claim by

JOSEPH J. BONANZA as Administrator
of the Estate of Tera Lynn Bonanza,
Deceased,

        Claimant.

**NOTICE OF CLAIM**

---

TO:   COUNTY OF ONEIDA
       ONEIDA COUNTY CORRECTIONAL FACILITY

Claimant, pursuant to section 50-e of the General Municipal Law of the State of New York, respectfully alleges as follows:

1. **Office and Post office address of Each Claimant:**

   Joseph J. Bonanza
   1011 Churchill Ave.
   Utica, NY 13502

On or about May 16, 2022, Limited Letters of Administration were issued to Joseph J. Bonanza by Order of the Surrogate's Court of the State of New York, Oneida County. Said Letters remain in full force and effect. A copy of said letters is attached as Exhibit A.

2. **Attorneys for Claimant:**

   Christopher Jude Pelli, Esq., PLLC
   3 Derbyshire Place
   Utica, NY 13501

3. **The time when and the place where the claim arose:**

Upon information and belief and at all times relevant to this matter, Tera Lynn Bonanza was an inmate under the care and custody at the Oneida County Correctional Facility located in Oriskany, New York. Tera Lynn Bonanza was incarcerated at the Oneida County Jail on March 5, 2021 until March 18, 2021. While in the care and custody of the Oneida County Correctional Facility, she experienced serious medical conditions that required evaluation, treatment, and

medical attention. Although Oneida County Correctional Facility officers, officials, and employees knew about that condition and/or were promptly made aware of that condition, it was not timely evaluated and/or treated. On April 22, 2021 Tera Lynn Bonanza died as a result of the same medical condition that was not timely treated and/or evaluated by personnel at the Oneida County Correctional Facility.

4.  **Items of Damage or Injuries:**

Money damages for decedent's wrongful death and conscious pain and suffering.

5.  **Basis for Claims:**

Negligence, medical malpractice, deliberate indifference in the care, custody, and treatment of decedent, failure to supervise and/or monitor decedent, failure to properly assess, screen, monitor, and evaluate the health and safety of decedent.

Dated: 8/5/22

Joseph J. Bonanza

STATE OF NEW YORK   )
COUNTY OF ONEIDA   ) ss.:

Joseph J. Bonanza, being duly sworn, deposes and states as follows:

I have read the forgoing Notice of Claim and know the contents thereof. The same is true to my own knowledge except as to those matters alleged therein upon information and belief and with regard to those items, your deponent believes them to be true.

*Joseph J. Bonanza*
Joseph J. Bonanza

Sworn to before me this 5th
day of August, 2022.

_____
Notary Public

CHRISTOPHER J. PELLI
Notary Public, State of New York
Reg. # 02PE6046534
Appointed in Oneida County
My Commission Expires 8/14/2027

**Exhibit A**

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

File #: 2022-425

Name of Decedent:    Terra Lynn Bonanza

Date of Death: April 22, 2021

Domicile of Decedent:    1011 Churchill Ave, Utica, NY

Fiduciary Appointed:    Joseph J Bonanza
Mailing Address         1011 Churchill Avenue
                        Utica NY  13502

Letters Issued:    **LIMITED LETTERS OF ADMINISTRATION**

Limitations:
**THESE LETTERS ARE LIMITED TO THE ENFORCEMENT OF A RIGHT OF ACTION IN FAVOR OF THE DECEASED OR HIS/HER LEGAL REPRESENTATIVE WHETHER UNDER GENERAL OR SPECIAL PROVISION OF LAW, INCLUDING OBTAINING MEDICAL RECORDS OR OTHER DOCUMENTATION IN RELATION THERETO, AND TO THE DEFENSE OF ANY CLAIM OR CAUSE OF ACTION AGAINST THE DECEASED OR HIS/HER LEGAL REPRESENTATIVE AND SAID ADMINISTRATOR IS RESTRAINED FROM A COMPROMISE OF THE ACTION AND THE ENFORCEMENT OF ANY JUDGMENT THEREON UNTIL THE FURTHER ORDER OF A COURT OF COMPETENT JURISDICTION UPON SATISFACTORY SECURITY.**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  May 16, 2022

IN TESTIMONY WHEREOF, the seal of the Oneida County Surrogate's Court has been affixed.

WITNESS, Hon Louis P. Gigliotti, Judge of the Oneida County Surrogate's Court.

*Kelly A. Fuller*
_____
Kelly A. Fuller, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Oneida County Surrogate's Court*

**Attorney:**
**Christopher Jude Pelli**
3 Derbyshire Pl
Utica NY  13501