IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH J. BONANZA, As Administrator of the Estate of TERRA LYNN BONANZA, deceased, | AFFIDAVIT OF SERVICE |
| Plaintiff, | Case No.: 9:23-cv-691 (DNH/ATB) |
| -against- | |
| COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S DEPARTMENT, ONEIDA COUNTY CORRECTIONAL FACILITY, CBH MEDICAL, P.C., HELIO HEALTH, INC., AND DEF CORPORATIONS, JANE DOES, JOHN DOES, JANE ROES, AND JOHN ROES (fictitious names, the true identities of which are unknown by plaintiff at present), | |
| Defendants. | |

---

STATE OF NEW YORK     )
COUNTY OF ONONDAGA    )  ss:

Polly A. Spring, being duly sworn deposes and says: that I am not a party to the action, am over 18 years of age and reside in Fabius, New York.

That on the **30th day of April 2024,** I served a true copy of plaintiff's NOTICE OF MOTION TO AMEND COMPLAINT WITH SUPPORTING ATTORNEY AFFIDAVIT AND MEMORANDUM OF LAW on the following attorneys:

David H. Walsh, Esq., Kenney Shelton Liptak Nowak, LLP
Attorneys for Defendants County of Oneida, Oneida County Sheriff's Department and Oneida County Correctional Facility
4615 North Street
Jamesville, NY 13078

Jonathan F. Symer, Esq., Steinberg & Symer, LLP
Attorneys for Defendant CBH Medical, P.C.
22 IBM Road, Suite 201
Poughkeepsie, NY 12601

Christina Verone Juliana, Esq., Goldberg Segalla, LLP
Attorneys for Defendant Helio Health, Inc.
5786 Widewaters Parkway
Syracuse, NY 13214

Courtesy copy to:    Paul V. Mullin, Esq., Sugarman Law Firm, LLP
211 West Jefferson Street
Syracuse, NY 13202

    by depositing same in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Polly A. Spring

Sworn to before me this
30th day of April 2024.

_____
Notary Public

EILEEN M. BROWN
Notary Public, State of New York
Qual. in Onondaga Co. No. 01BR4953856
My Commission Expires on July 31, 20 25