EXHIBIT C

1                                                          1

2    STATE OF NEW YORK

3    COUNTY OF ONEIDA

4    - - - - - - - - - - - - - - - - - - - - - - - - - - -

5    In the Matter of the Notice of Claim by
     JOSEPH J. BONANZA, as Administrator of the Estate of
6    Terra Lynn Bonanza, Deceased,

7                                        Claimant,

8         - vs -

9    ONEIDA COUNTY and ONEIDA COUNTY CORRECTIONAL FACILITY,

10                                       Respondents.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - -

12

13

14                 EXAMINATION UNDER OATH of JOSEPH J.

15        BONANZA, Claimant, taken pursuant to Section

16        50-H of the General Municipal Law at the Law

17        Offices of William Borrill, 23 Oxford Road,

18        New Hartford, New York on November 17, 2022

19        before Catherine M. Darche, Court Reporter

20        and Notary Public in and for the State of New

21        York.

22

23

24

25

2

APPEARANCES:


CHRISTOPHER JUDE PELLI, ESQ., PLLC
Attorney for Claimant
3 Derbyshire Place
Utica, New York  13501
BY:  CHRISTOPHER JUDE PELLI, Esq., of COUNSEL


KENNEY SHELTON LIPTAK NOWAK, LLP
Attorneys for Respondents
4615 North Street
Jamesville, New York  13078
BY:  DAVID H. WALSH, ESQ., of Counsel

3

1
2
3
4                           INDEX TO EXHIBITS
5     FOR THE RESPONDENTS                        ID.
6     1        Notice of Claim                    5
7
8
9
10
11
12
13                          INDEX TO REQUESTS
14    BY THE RESPONDENTS:                         PAGE
15    Death certificate                           48
16    Medical records                             49
17
18
19
20
21
22
23
24
25

1                                                                    4

2

3

4                      S T I P U L A T I O N S

5

6          IT IS STIPULATED by and between the attorneys for

7     the respective parties that the testimony contained

8     herein may be used upon the trial of this action; that

9     the filing and signing of the testimony are waived; that

10    all objections, except objections as to form, are

11    reserved until the time of trial, and that the objections

12    as to form shall be noted on the record; that the

13    examining party will furnish the examined party a copy of

14    the transcript of testimony free of charge, and that the

15    testimony be taken before CATHERINE M. DARCHE, a

16    Shorthand Reporter and Notary Public in and for the State

17    of New York, whose oath is waived.

18

19

20                          - o O o -

21

22

23

24

25

```
 1                       Joseph J. Bonanza                    5
 2                       ( Whereupon, the Examination commenced at
 3                       9:59 a.m. )
 4                       ( Exhibit 1 marked for Identification )
 5            J O S E P H   B O N A N Z A,  being duly
 6            sworn, testified as follows:
 7            EXAMINATION
 8            BY MR. WALSH:
 9            Q.    Good morning.  You are Joseph Bonanza?
10            A.    Yes.
11            Q.    Mr. Bonanza, my name is David Walsh.  I'm an
12       attorney.  I represent the County of Oneida and Oneida
13       County Correctional Facility.  I'm here today to take
14       your Examination Under Oath pursuant to Section 50 of
15       the General Municipal Law of the State of New York.
16                  A couple ground rules.  If you don't
17       understand one of my questions, let me know and I'll
18       rephrase it for you.
19            A.    All right.
20            Q.    Anytime you want to take a break, let me
21       know, we'll certainly accommodate you so long as there
22       is not a question pending.  I ask that all your answers
23       be oral.  That means no nods of the head, shrugs of the
24       shoulder so our Court Reporter can take it down.  And
25       finally I ask that you wait till I finish my question
```

```
 1                        Joseph J. Bonanza                    6
 2    completely before you answer so we don't speak over each
 3    other, again, for the ease of the Court Reporter.  Fair
 4    enough?
 5           A.    Fair enough.
 6           Q.    Great.  Thank you very much.  What's your
 7    date of birth?
 8           A.    ██████, 1959.
 9           Q.    And what's your current address?
10           A.    1011 Churchill Ave, Churchill being one
11    word.
12           Q.    Where is that?
13           A.    Utica, New York.  I'm sorry.
14           Q.    Are you married?
15           A.    Single.
16           Q.    And are you employed?
17           A.    Yes.
18           Q.    Where?
19           A.    Lorenzo Food Group, Englewood, New Jersey.
20           Q.    What do you do for them?
21           A.    Drive a truck, delivery.
22           Q.    And how long have you been doing that?
23           A.    Three years.
24           Q.    I'm going to show you what's been marked as
25    Exhibit 1, Mr. Bonanza.
```

1                    Joseph J. Bonanza                    7

2        A.    I'm going to grab my eyeglasses.

3        Q.    Go right ahead.

4              MR. WALSH:  It's just the Notice of

5              Claim.

6              MR. PELLI:  Of course.

7        Q.    I'm going to show you what's been marked as

8    Exhibit 1.  Take a minute to look at it by yourself.

9    When you're done, I just have a question or two.  Okay?

10       A.    Um-hmm.  Her first name is spelled wrong.  I

11   don't know if that's a big deal but I'll just point it

12   out.

13       Q.    Okay.

14       A.    There is to Rs in Terra.

15             MR. WALSH:  All right.  We'll agree to

16             amend the Notice of Claim with that

17             amendment.  Okay?

18             MR. PELLI:  Thank you.

19       A.    Everything looks fine to me accept what I

20   pointed out.

21       Q.    Okay.  I just have a question or two.  On

22   page two, first of all, I'll represent to you that this

23   is a Notice of Claim that you filed with the County of

24   Oneida, Oneida County Correctional Facility, correct?

25       A.    Um-hmm.

```
 1                    Joseph J. Bonanza                    8

 2        Q.    Yes?  You have to say yes or no.

 3        A.    Yes.

 4        Q.    Is that your signature on page two?

 5        A.    Yes.

 6        Q.    Is that also your signature on page three of

 7   Exhibit 1?

 8        A.    Yes.

 9        Q.    Attached as a fourth page is what appears to

10   be a Notice from Surrogate's Court of Oneida County that

11   you were appointed administrator of Terra Bonanza's

12   estate --

13        A.    Yes.

14        Q.    -- on --

15        A.    May 16th.

16        Q.    -- May 16th, 2022, is that correct?

17        A.    Yes.

18        Q.    Okay.  What's your relationship with Terra

19   Lynn Bonanza?

20        A.    She's my natural daughter.  I'm her natural

21   father.

22        Q.    And who is the mother?

23        A.    Debra Marashian.  I can spell the last name.

24        Q.    Sure.

25        A.    M-A-R-A-S-H-I-A-N.
```

```
1                    Joseph J. Bonanza                    9

2         Q.    Were you and Debra ever married?

3         A.    For, yeah, about eighteen years.

4         Q.    When did you get divorced, your best

5    estimate?

6         A.    1979 to about 1997.

7         Q.    That's when you were married?

8         A.    '79 we got married, and I believe the

9    divorce and everything went through I want to say the

10   late '90s, like '97.

11        Q.    Sure.

12        A.    It could have been even as far ahead as '91.

13   It wasn't a big deal.  There was nothing asked.  She

14   didn't want anything out of the divorce.

15        Q.    That's fine.  All I need is when you were

16   divorced.  I appreciate that.  Thank you.  And when you

17   got divorced, were there other children other than

18   Terra?

19        A.    My son, Anthony.

20        Q.    Is his last name Bonanza?

21        A.    Yes.

22        Q.    Okay.  And when you got divorced, did you

23   have primary physical custody of any of the children?

24        A.    We kept everything -- No.  I can see the

25   children anytime I want.  There was no stipulations.
```

```
 1                    Joseph J. Bonanza              10
 2   The only thing was me and her, the mother, we separated.
 3   We were -- No one was in a hurry to divorce.  We didn't
 4   get divorced for years.  But everything was, anytime the
 5   kids wanted me or I wanted them, we still got along for
 6   the kids.
 7       Q.   Okay.
 8       A.   But they primarily resided with their
 9   mother.  I thought that was best.  I drive truck for a
10   living.  I've been most of my life.  And I travel a lot.
11       Q.   Sure.
12       A.   So I thought it was best for them to go to
13   school, live their life and do their thing.
14       Q.   Okay.  I appreciate that.  Thank you.
15       A.   Caffeine from the coffee.  I had too much
16   this morning.
17            MR. PELLI:  You're all right.
18       Q.   Now, what I want to talk about is Terra's,
19   well, her background, for lack of a better word, as best
20   as you can tell me.  So I'm going to go through some of
21   that information.  Okay?
22       A.   Um-hmm.
23       Q.   Was there a time when Terra left the home of
24   Debra and lived on her own?
25       A.   Yeah.
```

1                    Joseph J. Bonanza                    11

2        Q.    When was that?

3        A.    It would have been in the 2000s.  I'm just

4    trying, she was born in '80.  I would say probably

5    around 2005 maybe.

6        Q.    Okay.  And --

7        A.    To the best of my memory.

8        Q.    Why did she leave?  Was she married, went to

9    school or something else?

10        A.    She had a boyfriend and they got an

11    apartment.  And it's really about it.

12        Q.    Okay.  You agree with me that Terra's date of

13    death was April 22nd, 2021, correct?

14        A.    Yes.

15        Q.    Okay.  At the time of her death, did she have

16    children?

17        A.    Um-hmm.

18        Q.    You have to say yes.

19        A.    Yes.

20        Q.    Okay.  How many?

21        A.    I want to say the number is five.

22        Q.    Do you know their names and ages as of today?

23              MR. PELLI:  Only if you know.

24        A.    I don't.  I mean I know their names.  There

25    is Daniella.

```
 1                        Joseph J. Bonanza              12
 2         Q.    Okay.  One at a time.  Daniella.  You don't
 3   know her age?
 4         A.    I don't.  I want to say maybe, I don't know
 5   for sure.
 6         Q.    Is she over eighteen?
 7         A.    Yes, she is over eighteen.
 8         Q.    Okay.
 9         A.    That made it easier.
10         Q.    Yup.  Who else?
11         A.    Savannah.  I believe she's over eighteen,
12   too.
13         Q.    You said five.  So Daniella, Savannah.  Who
14   else?
15         A.    Oh.  All I can think of is the other boy,
16   Anthony.  I, I'm not even a hundred percent sure on the
17   number of children of five being a hundred percent
18   correct.
19         Q.    Okay.  Were they all, do all the children
20   have the same father?
21         A.    Two of them do.  The first two I gave you,
22   Savannah and Daniella.  And then the other one is from
23   another gentleman.
24         Q.    Um-hmm.  Okay.  All right.  So you think
25   there is five children?
```

1                    Joseph J. Bonanza                13

2        A.    Yeah.  I'll have --

3        Q.    No.  No.  That's all right.  I just want your

4   best recollection, Mr. Bonanza.  Okay?  Tell me about

5   Terra's education.  How far did she go in school?

6        A.    After high school, she went to, she got her

7   LPN.

8        Q.    So she got her licensed practical nurse

9   license?

10       A.    Um-hmm.

11       Q.    When was that and where was that?

12       A.    Let's see.  That was about 2002.  And she

13  took up employment at --

14       Q.    Hold on.  Where did she get her license?

15  Where did she graduate from?  Where did she go to

16  school?

17       A.    I want to say BOCES.  Don't hold me to that.

18  I'm not -- but I remember she had a call to get the

19  results from her Boards, the test, and I put it on -- It

20  was like eighty-five dollars, so I put it on my credit

21  card for her so she could get the results.  And then she

22  took up employment at St. Elizabeth's Hospital.

23       Q.    Do you know when that was?

24       A.    It was shortly after the year I just told

25  you.

1                    Joseph J. Bonanza                14

2        Q.    Around 2002?

3        A.    2002, 2003 would be graduation from the

4    school.  And taking up employment at St. Elizabeth's

5    Hospital between '02 and '03.

6        Q.    Okay.  And how long did she work there?

7        A.    A few years that I remember.  I'm trying to

8    think where else she worked.

9        Q.    Well, let's talk about --

10        A.    St. Elizabeth's for -- I'm not sure.  I'm

11    not sure the length of time.

12        Q.    Do you know when she left?

13        A.    No.

14        Q.    Do you know why she left?

15        A.    No.  I don't know if it was because she was

16    going to have a baby.  I mean it was a good reason.  It

17    wasn't like because of like being fired or anything.  It

18    was a good reason.  You know.

19        Q.    After St. Elizabeth, did she work anywhere

20    else that you know of?

21        A.    I'm trying to remember.  I know she took

22    time off for the babies.  I can't remember.

23    St. Elizabeth's.  I have to -- I'm not sure but I know

24    St. Elizabeth.

25        Q.    Sure.

1                    Joseph J. Bonanza                15

2        A.    I know she was an LPN because I used to take

3   her to school, pick her up from school every now and

4   then.

5        Q.    Do you know if she continued to have a valid

6   license for an LPN or did it expire at some point?

7        A.    I'm not sure about that.  I'm not sure about

8   that.  But she had a valid license -- You know -- for a

9   while.

10       Q.    Sure.  While she was working at St.

11  Elizabeth's, obviously?

12       A.    Right.  Right.  And she was making a

13  livelihood from it.  You know.  You, you only get so

14  much from your kids.  You only find out so many things.

15  I tried to be as involved as I could be.  You know.

16       Q.    What was her last address?

17       A.    Probably would have been 1011 Churchill, the

18  same as mine.

19       Q.    So she lived with you?

20       A.    She did for a while.

21       Q.    Okay.  What period of time was that,

22  Mr. Bonanza?

23       A.    2020, 2021 until she got sick.

24       Q.    Okay.  And when she lived with you, did she

25  have any of her children living with you also?

```
1                    Joseph J. Bonanza                16
2         A.    No.   No.   She had her own place for awhile.
3    One place they had a flood in the cellar.   You know.
4    She ended up moving out of there because it turned moldy
5    and Terra had asthma.   So that mold bothered her.   That
6    was the reason for me taking her in until she could find
7    another place.
8         Q.    Okay.   Well, let me talk about the time that
9    she lived with you, was it almost for about a year?
10        A.    No, not quite.   No.   But it was a good part
11   of a year.
12        Q.    Okay.   So a little less than a year?
13        A.    Maybe six, eight months.   It was less than a
14   year.
15        Q.    And during that time, you told me none of the
16   children lived with you and obviously her, where did the
17   children live?
18        A.    You know.   I, I don't know where.   I know
19   they were with good people.   I guess you could say maybe
20   a foster home.
21        Q.    Do you know the last time that her children
22   lived with her?
23        A.    No.
24        Q.    Okay.   You mentioned a foster home.
25        A.    I believe.   I'm not even sure on that.   You
```

```
 1                    Joseph J. Bonanza              17
 2   know what, my daughter was forty years old.  I don't
 3   know how to -- I don't know.  She didn't share a lot of
 4   things with me.  I was just trying to keep the peace
 5   with my daughter.  I was trying to keep a good
 6   relationship with my daughter.
 7        Q.    Mr. Bonanza, I understand.  I'm just trying
 8   to --
 9        A.    No, I know.  I know.  And I'm trying to help
10   you.
11                 MR. PELLI:  No.  No.  Just, just listen
12                 to Mr. Walsh's question and answer that only.
13                 You don't have to offer.
14        Q.    I'm trying to learn what I can about your
15   daughter.
16        A.    All right.
17        Q.    As much as you know.  Okay?
18        A.    I mean I know a lot of the pertinent stuff
19   about her because she is my kid.  And a lot of things I
20   don't know.  And I'll try to help you as best as I can.
21        Q.    When you say the pertinent stuff, what do you
22   consider the pertinent stuff?  Tell me what you know
23   about your daughter.  Let's do it that way.
24        A.    I don't even know how to start with that.
25   I'm just saying anything that would be personal I mean
```

| | Joseph J. Bonanza | 18 |
|---|---|---|

1    about my child.  If I was asking you about your

2    children, you would know more than I would and vice

3    versa here.  That's all I'm saying.

4

5        Q.    If I asked you about Terra, what would you

6    tell me?

7        A.    She was a good kid, a good cook, had a good

8    heart.  She was a good Catholic.  You know.  I don't

9    know what else.  She was a great daughter.  She really

10   was.  She was loving.  She did something for me which

11   I'll forever be indebted.  She contacted my high school

12   sweetheart from 1973 and said how her father would love

13   to see her.  And this girl happened to be single again

14   like after thirty-eight years of marriage.  And we've

15   been together now the last six years.  So my daughter,

16   that was the kindest thing she ever did for me was

17   getting me back with my high school sweetheart.

18       Q.    That's a very nice story.

19       A.    And this coming May will be fifty years that

20   I met this woman.  And, and just -- You know -- made my,

21   it made my life, her getting this woman back in my life.

22       Q.    That's a nice memory.

23       A.    Yes, it really is to think that my daughter

24   went out of her way to reach this woman, contact her and

25   get us back together.  It was a beautiful gesture.

```
 1                    Joseph J. Bonanza              19
 2        Q.    Sure it is.  And that's a nice thing to have.
 3   All right.  Let me try to drill down just a little bit
 4   so I have an understanding about your daughter as best
 5   as you know.  Do you know when the last time her
 6   children lived with her?
 7        A.    It wasn't that long ago, maybe a few years
 8   back.
 9        Q.    Okay.  And was it all five children or some?
10        A.    No.  It wasn't all five.  No.  It wasn't all
11   five that I could remember.
12        Q.    Are some children in foster homes?
13        A.    I believe so, yeah.
14        Q.    Okay.  Do you know when that happened?
15        A.    I don't know as much as I should.  And I
16   don't, and I sit here feeling horrible about it.
17        Q.    Listen, I'm not passing judgement on what you
18   know.
19        A.    I know you're not and I'm not even implying
20   that.  I carry the shame and the guilt of where I am
21   right now.  And what I -- You know -- I wish, we all
22   wish sometimes in hindsight that we did things
23   differently.  But no, I don't.  No.
24        Q.    Do you know how she supported her children?
25        A.    Terra became disabled later on in life.
```

1

2     Q.    What was the nature of the disability, was it

3     mental or physical?

4     A.    Both.  It was both.

5     Q.    Okay.  What was the physical disability that

6     she had?

7     A.    She, she had hurt her back lifting up a

8     patient.  And I used to tell her -- You know -- try to

9     get the nurses aides to do that for you, because she was

10    an LPN.  But all nurses do the lifting and stuff.  It's

11    just part of the job, I believe.

12    Q.    Did Terra have any, she has a brother that's

13    still alive, right?

14    A.    Yes.

15    Q.    Are her grandparents still alive?

16    A.    Her grandmother, her two grandmothers are

17    alive, my mother and her mother's mother.  And both her

18    grandfathers are deceased.

19    Q.    How would you describe Terra's relationship

20    with her natural mother, Debra?

21    A.    Not bad.  They're both born on the same day,

22    October 25th.  The mother was born 1960, Terra was born

23    1980.  They had a good relationship.  You know.  But

24    when she was a young teenager -- You know -- kids are

25    kids.  But all in all, they had a good relationship.

1

2      Q.    Do you know how she supported herself those

3  months that she lived with you?  Was she on some sort of

4  County assistance, Federal assistance, like S.S.I. or

5  something?

6      A.    I, I know she was at one time on Social

7  Security there.

8      Q.    Um-hmm.

9      A.    We didn't go too much into money.  I just --

10  You know -- she seemed to be doing all right.  Never

11  asked -- You know -- when your child doesn't ask you to

12  borrow money, they're usually doing good.  You know.

13  They usually got their own money.  Because when they

14  don't have money, they're always hitting you up.  In

15  that aspect, I don't think I'm any different than any

16  other parent.  You know.  So when Terra didn't ask me

17  for anything, I just assumed.

18      Q.    Well, do you know if her source of income was

19  from employment?  I'm talking about say from 2020 to the

20  time of her death, we'll use that.

21      A.    I believe she was on Social Security.

22      Q.    Okay.  Anything else?

23      A.    No.  What do you mean, as far as a job

24  income?

25      Q.    As far as any other assistance, food stamps,

```
 1                    Joseph J. Bonanza                22
 2    any other --
 3         A.    She could have been on food stamps.  I don't
 4    know that.  I never, I never asked her about that.  She
 5    never said she was hungry.  I just assumed.  She was an
 6    adult.  I just assumed she was eating.  Because I know
 7    in my lifetime, if I was hungry, I was -- You know.
 8         Q.    Do you know if at the time she came to live
 9    with you, say 2020, that she was in any way contributing
10    financially to her children?
11         A.    I don't know.
12         Q.    Did she ever speak about that?
13         A.    No.
14         Q.    That time that she lived with you from 2020
15    to 2021, did her children ever come to visit her?
16         A.    No.  She went to them.
17         Q.    She did?
18         A.    She did.
19         Q.    Tell me about that.  Who would she go visit?
20         A.    She would -- I want to say the little boy,
21    Anthony, as far as I remember.  And God forgive me.  I
22    can't think of the little girl's name.  But yeah, she
23    would.
24         Q.    Do you know where she would go visit them?
25         A.    No.  No.
```

Joseph J. Bonanza                    23

1

2      Q.    Okay.

3      A.    I mean I was always, I was always working.

4  I drive truck.  And I was always out of the area.  So I

5  never took her anywhere, I mean as far as to her

6  appointments or her visitation.  She had friends who

7  would do that for her.

8      Q.    Did she ever bring any of the children over

9  to your house during that time period?

10      A.    No.

11      Q.    No.  Now, you told me that she had some, both

12  some physical disabilities and some mental disabilities

13  that you're aware of, right?

14      A.    She had a little bit of a back problem,

15  nothing severe.

16      Q.    Okay.

17      A.    She was -- You know -- when you're in your

18  mid thirties, pushing forty -- You know -- aches and

19  pains come along with age.  Just saying.

20      Q.    Well, let me ask you this, I'm going to go

21  through some mental and physical disabilities.  You tell

22  me if you're aware that, if Terra ever suffered from

23  these, okay, to your knowledge.  How about major

24  depression?

25      A.    I don't know.

Joseph J. Bonanza                                24

1

2          Q.    Okay.

3          A.    I don't know.

4          Q.    All right.  How about anxiety?

5          A.    Oh, I'm sure she had her bouts.  We all get

6    anxious.

7          Q.    How about post traumatic stress disorder?

8          A.    No, I don't think so.

9          Q.    How about panic attacks, ever notice that?

10         A.    No.

11         Q.    How about panic disorder?

12         A.    No.

13         Q.    Okay.  How about nicotine dependence, was she

14   a smoker?

15         A.    Yeah, she smoked.

16         Q.    Okay.  Do you know how much she smoked, pack

17   a day?

18         A.    I'm guessing, but I'll say if I had to

19   guess, a pack a day.

20         Q.    How about alcohol abuse?

21         A.    No.  I've never seen her drink in all the

22   years, even as a teenager.  But you know what, I don't

23   drink either.  Never have, so.

24         Q.    How about anorexia.  Do you know what that

25   is?

1                        Joseph J. Bonanza                    25

2          A.    Yes.   No.

3          Q.    How about ADHD?

4          A.    No.

5          Q.    Bipolar disorder?

6          A.    No.

7          Q.    Borderline personality disorder?

8          A.    No.

9          Q.    Any psychiatric illness you're aware of?

10         A.    No.   She was a fresh kid.   You know.   Like

11   all kids can be.   All in all, Terra was a good daughter.

12   I lucked out with her.

13         Q.    How about any substance abuse?

14         A.    Over, yeah.   I think after she got hurt with

15   her back and they gave her opiates, I think that's what

16   started it.

17         Q.    Okay.   So there was some substance abuse.

18   And what were the substances that you're aware of that

19   she was abusing?

20         A.    Pain medicine.

21         Q.    Like Oxycodone?

22         A.    Opiates.

23         Q.    Opiates?

24         A.    I guess that will cover Oxycodone.

25         Q.    Sure.

```
 1                    Joseph J. Bonanza              26

 2        A.    But I would say opiates.

 3        Q.    How about heroin?

 4        A.    Not that I know of.  I don't know about

 5   heroin.

 6        Q.    Any cocaine use that you're aware of?

 7        A.    No.  No.  She didn't smoke pot.  She didn't

 8   do coke.  She didn't do heroin.  But the pharmaceutical

 9   drugs.

10        Q.    Okay.

11        A.    But -- You know -- I was talking to someone

12   afterwards since my daughter passed away, nurses and

13   people in the medical field have that problem with pain

14   medicine and different medicines, but mainly the

15   opiates.

16        Q.    How about crack cocaine?  No?

17        A.    I don't know.

18        Q.    Okay.  How about fentanyl?

19        A.    No, I doubt it.  I mean.

20        Q.    Okay.  Met --

21        A.    Methamphetamine.

22        Q.    Methamphetamine.  Thank you.  I would have

23   gotten it eventually.

24        A.    I have this coffee in me.  I'm right there.

25        Q.    I know.
```

```
1                    Joseph J. Bonanza                27
2         A.   No.  No.  I never.
3         Q.   All right.  Do you know if she was ever in-
4    patient for any psychiatric issues?
5         A.   I believe she did.
6         Q.   Do you know when and where?
7         A.   No.  No.
8         Q.   Okay.  Do you know if she was ever inpatient
9    for any substance or alcohol abuse?
10        A.   No.  No.
11        Q.   All right.  Do you know if she ever attempted
12   suicide?
13        A.   No, as far as I know.
14        Q.   Yeah.
15        A.   She never did, which I'm grateful for that.
16        Q.   All right.  The time that she lived with you,
17   do you know if she was on any medication --
18        A.   Oh --
19        Q.   -- prescribed by a doctor?
20        A.   Yeah.  That's what I'm thinking of.  I
21   thought she took something for her thyroid.  You know.
22   Her and her mother and another family member, they had
23   this thing going on with their thyroid.  And they're all
24   on this medicine.  It's the same medicine.  They're all,
25   my sister, my mother and my daughter all had this
```

1                    Joseph J. Bonanza                    28

2    thyroid issue thing going on.

3        Q.    Does the name Seroquel ring a bell to you

4    that she was taking something like that?

5        A.    No.

6        Q.    How about Suboxone?

7        A.    I'm not sure about that one either.

8        Q.    How about Depakote?

9        A.    Depakote.  I don't even know what that is.

10       Q.    My question is:  Did she ever mention or do

11   you have any information that she was taking that type

12   of medication?  She ever mention to you, I'm taking

13   Depakote or --

14       A.    No.  I think -- No.  My daughter only gave

15   me so much.  I think she was, for the love she had for

16   me, she spared me a lot.  She really did.  Sometimes I

17   wish I knew it and then there are times I'm glad I

18   didn't know it, a lot of things.

19       Q.    Are you aware that your daughter had a

20   criminal record?

21       A.    Yeah.  I know, let me put it this way, maybe

22   you can spare me a little bit.  I know all the ugly

23   that you know about my daughter.  I'm just saying,

24   whatever you agreed or whatever you got, all the ugly

25   that my daughter did in her lifetime, I know it.  If you

<pre>
                        Joseph J. Bonanza                29
 1
 2     can spare me any of it this morning, I'll be
 3     appreciative of that.  I know all the ugly.
 4          Q.    Okay.
 5          A.    I've been tortured by it for years.
 6                MR. PELLI:  Joe, you're going to have to
 7                answer the questions.
 8                THE WITNESS:  Oh, no.  No.  No.  I'll do
 9                what I can.
10          Q.    I realize that and I'll try to be as
11     considerate as I can.
12          A.    Thank you.  I appreciate that.  That's all.
13          Q.    Okay.  But there are some things I need to
14     know because you have brought a claim.  I just need to
15     know what you know.  I have my own independent
16     investigation I can do.
17          A.    Okay.
18          Q.    So I'll try to be as considerate as I can.
19          A.    Okay.  Cool.
20          Q.    Okay.  I was talking about her criminal
21     record.  And you'd agree with me she had a criminal
22     record?
23          A.    Yes.
24          Q.    What do you know about her criminal record?
25     Let's do it that way.
</pre>

```
 1                    Joseph J. Bonanza              30
 2        A.    I know she had an awful lot of shoplifting
 3   charges.
 4        Q.    Petit larceny?
 5        A.    Petit larceny, yeah.
 6        Q.    Okay.  Are you aware of any other type
 7   charges that she had?
 8        A.    No.  Just anything that was -- You know --
 9   for money, if it was mainly shoplifting, petit larceny
10   that I ever heard of you.  You know.
11        Q.    Do you know if, other than the time that she
12   was incarcerated just before she would move to St.
13   Elizabeth's before her death, are you aware of any other
14   incarcerations she may have had either County or State
15   time?
16        A.    Yeah, I don't.  I think you could probably
17   get all the information from the County.
18        Q.    I have that.  I want to know what you know.
19        A.    I know she was in the County building or
20   County building, the County jail a few times over the
21   years.
22        Q.    Okay.  For the petit larceny charges or
23   something else?
24        A.    As far as I know, petit larceny charges.
25   You know.
```

```
1                    Joseph J. Bonanza              31

2        Q.    Do you know if she ever did any State time?

3        A.    She did State time, as far as I know, once,

4   I think it was.

5        Q.    Okay.

6        A.    Yeah.   I've been divorced from her mother

7   about twenty-five years, long time.   And I kind of was

8   kept in the dark about a lot of things.

9        Q.    Sure.   And I appreciate that.

10       A.    Both my kids only opened up so much to me.

11       Q.    Well, I'm asking you because you're the

12  administrator of the estate.

13       A.    I understand that.

14       Q.    And you're bringing a claim.

15       A.    I understand that.

16       Q.    And I need to know what you know about your

17  daughter.   I mean my information is that back in 2010,

18  she was sentenced to eighteen months to three years in

19  State prison.

20       A.    See, I never even heard that sentence you

21  just read, three years, I never even knew about that

22  one.   That time period there, whatever, one to three or

23  one and a half to three, I never even heard of that one.

24       Q.    All right.   And my information is that I

25  agree with you that she had some petit larceny charges?
```

```
1                      Joseph J. Bonanza              32

2         A.    Um-hmm.

3         Q.    Yes?

4         A.    Yes.

5         Q.    Are you aware if she ever had a burglary

6    charge?

7         A.    I don't know.

8         Q.    How about a grand larceny charge or charges?

9         A.    I don't know for sure.  So saying yes or

10   no --

11        Q.    Well, I know.

12        A.    I'm just saying, I don't know.

13        Q.    You're not aware?

14        A.    I'm not aware of it.

15        Q.    Are you aware of her having any false

16   impersonation charge?

17        A.    No, sir.

18        Q.    How about a forgery charge?

19        A.    No.  No.

20        Q.    Okay.  Any possession charges of illegal

21   drugs that she was --

22        A.    I don't know.

23        Q.    Okay.  She never shared that with you?

24        A.    No.  I'll tell you one thing about my

25   daughter, she tried to spare me a lot.
```

```
 1                      Joseph J. Bonanza                33

 2        Q.    I get that.

 3        A.    And I, and I get it, too.  Even back then, I

 4   got it.  I was kind of like, I was torn between it.  I

 5   wanted to know, but there was a side of me that didn't

 6   want to know.  I know why she did it.  She loved me.

 7   And she just tried to spare me from a lot of things.

 8   And I don't know.

 9        Q.    I understand that completely.  Let's talk

10   about the claim here.  Okay?  Your claim as I

11   essentially understand it is that while she was an

12   inmate at the Oneida County Correctional Facility, she

13   received improper medical treatment which either caused

14   or contributed to her death, is that accurate?

15        A.    Yes.

16        Q.    Okay.  Let's talk about that for a minute.

17   Okay?

18        A.    Um-hmm.

19        Q.    Now, you'd agree with me that she was

20   incarcerated in the Oneida County Correctional Facility

21   prior to her death from about March 5th to March 18th of

22   2021, correct?

23        A.    That sounds right.

24        Q.    Do you know why she was in jail for that

25   period of time, what the charge was?
```

1                          Joseph J. Bonanza                    34

2          A.    I honestly don't.  I don't know the exact

3     charge.

4          Q.    At the time that she was incarcerated, March

5     5th, 2021 do you know where she was living?

6          A.    No.

7          Q.    When did you become aware that she was

8     incarcerated on March 5th, 2021 at the Oneida County

9     Correctional Facility?

10         A.    All I can say, it was sometime March 2021.

11    I don't know the date but it was March 2021.

12         Q.    While she was incarcerated for that period of

13    time, did you have any contact with your daughter?  Did

14    you go visit her or have any other communication?

15         A.    On the telephone a couple times.

16         Q.    Okay.  Let's talk about those.  So how did

17    that happen and when did that happen?

18         A.    Someone let her use the phone at the County

19    Jail.  She let me know she was there and --

20         Q.    Okay.  What did she tell you and what did you

21    tell her?

22         A.    She didn't go into much detail.  She said I

23    want to let you know I'm okay.  And I'm at the County

24    jail.  It was all of a two-minute phone call.  I told

25    her to write me.  I would write her.

```
1                        Joseph J. Bonanza                35
2        Q.    This was during a period between March 5th,
3    2021 --
4        A.    I don't know the date.  All I know is the
5    month of March.
6                  MR. PELLI:  Let him finish the question.
7        Q.    This was during a time period between March
8    5th, 2021 and March 18th, 2021.  So sometime in between
9    that period, she made a phone call to you, correct, and
10   let you know she was in jail?
11       A.    Yes.  But I can't swear that it was between
12   March 5th and March 18th.  I can't.  I mean --
13       Q.    Okay.
14       A.    I don't know if it was between March 5th and
15   March 18th that she called me in between those two
16   dates.  It could have been March 3rd and March 20th.  I
17   don't know.
18       Q.    Well, I'll represent to you that from my
19   investigation, she was incarcerated at the Oneida County
20   Correctional Facility from March 5th, 2021 to March
21   18th, 2021.
22       A.    Okay.
23       Q.    Okay.  So --
24       A.    Again --
25       Q.    Let me ask you a question.  So sometime in
```

```
 1                    Joseph J. Bonanza                    36
 2    March of 2021, she called you and said I'm in jail?
 3         A.    Um-hmm.
 4         Q.    Right?  You have to say yes.
 5         A.    Yes.
 6         Q.    Why don't you tell me as much as you remember
 7    about that conversation, what she said to you and what
 8    you said to her, as much detail as you can.
 9         A.    Sir, I'm telling you, it was a two-minute
10    phone call.  She wanted to let me know where she was.
11         Q.    All right.  Did she say that she was not
12    feeling well, feeling okay, anything along those lines?
13         A.    I knew she was sick.
14         Q.    How did you know that, Mr. Bonanza?  Did she
15    tell you that?
16         A.    I can't remember.  I'm just trying to
17    remember when.  All I know is I spoke to her before she
18    went to the hospital.  I can't pinpoint a date.  I take
19    your word when you say it was between them two dates.
20    But Terra was still coherent and able to understand
21    everything that was going on.
22         Q.    I want to know just about that phone call.  I
23    know it was short.  But she told you, I'm in jail, I'm
24    okay, I wanted to let you know I'm here.  Is that
25    essentially what happened?
```

1                        Joseph J. Bonanza                    37

2          A.    I'm just trying to think.  I got so many

3     calls from her.  I -- You know -- I can't even -- I,

4     since I raised my hand today, I cannot say for sure.  I

5     cannot say for sure.

6          Q.    Well, let me back up.

7          A.    All I know is she called me.  I don't know.

8          Q.    Okay.  Let me do it this way then.  At some

9     point, did you become aware that your daughter was a

10    patient at St. Elizabeth's Hospital in 2021?

11         A.    She was a patient at St. Luke's.

12         Q.    St. Luke's.

13         A.    Yeah.

14         Q.    Is that --

15         A.    On Champlin Ave.

16         Q.    Is that where she was when she died?

17         A.    Yes.

18         Q.    Let me rephrase that.  At some point, did you

19    become aware that your daughter was a patient at

20    St. Luke's Hospital in March of 2021?

21         A.    Yes.

22         Q.    How did you become aware of that?

23         A.    I can't remember.  I don't know who called

24    me.

25         Q.    Okay.  Someone called you?

```
1                    Joseph J. Bonanza                    38
2          A.    I don't know who it was.  I can't remember.
3     I don't recall.
4          Q.    That's okay.
5          A.    No.  No.  I'm just saying.  You know.
6                MR. PELLI:  That's the answer.  It's
7          okay.
8          A.    I know.  I know.  I'm just reliving all
9     this.
10         Q.    All right.
11         A.    You know.
12         Q.    So you became aware she was a patient at
13    St. Luke's in March of 2021?
14         A.    Yeah.
15         Q.    And what did you --
16         A.    Yes.
17         Q.    -- do with that information?  Did you go see
18    your daughter?
19         A.    Yeah.
20         Q.    Did you call her?
21         A.    I went up there every day.
22         Q.    Okay.  When did you first go up?
23         A.    First day she got there until the day she
24    died.  I got a phone call at eight o'clock at night
25    saying I should get up there and got up there within
```

```
1                    Joseph J. Bonanza              39
2    twenty minutes, but I missed it by five minutes, so.
3         Q.    On the day she died, you mean?
4         A.    Um-hmm.
5         Q.    Yes?
6         A.    They called me up.  Yes.
7         Q.    But you had been visiting her prior to that?
8         A.    Um-hmm.  Yes.
9         Q.    Okay.  How long had you been visiting her,
10   from when to when, do you know?
11        A.    Hour to hour or day to day?
12        Q.    Day to day.
13        A.    Day to day, every day I went up.
14        Q.    Okay.  When was the first time you went to
15   visit her?
16        A.    The first day she got there.
17        Q.    When was that?
18        A.    It would be whatever in March.
19        Q.    Okay.  All right.  So if I tell you March
20   about 19th, 2021, seem about right, on or about?
21        A.    If you say so.  I don't know what else to
22   tell you.
23        Q.    No.  That's okay.
24        A.    I can't recall.  I can't recall.
25        Q.    Tell me about the first time you went to
```

```
 1                    Joseph J. Bonanza              40
 2    visit her when she was at St. Luke's, Mr. Bonanza.
 3         A.    She was in bed.
 4         Q.    Did you have a conversation with her?
 5         A.    Yeah.
 6         Q.    And tell me about that.
 7         A.    Just asked her how she was feeling.  We
 8    didn't talk about anything bad, let's say.
 9                    MR. PELLI:   Just --
10         Q.    Yeah, I mean, do you know why she was in the
11    hospital, what her diagnosis was?
12                    MR. PELLI:   What you recall.
13         A.    At the time, I don't know.
14         Q.    Did you ever learn why she was in the
15    hospital?
16         A.    I never found out I guess the exact thing
17    what it was, but Terra was asthmatic and I just assumed
18    it was with her lungs and stuff like that.
19         Q.    Did you ever speak to a doctor there who told
20    you about her condition?
21         A.    It wasn't a doctor, it was a, it wasn't even
22    a nurse practitioner, it was like a, I don't know what
23    her title was, to be honest.
24         Q.    Let me rephrase that.  Did you ever speak
25    with someone at St. Luke's who shared with you your
```

```
 1                    Joseph J. Bonanza                41

 2   daughter's diagnosis or why she was in the hospital?

 3        A.    COVID they told me.

 4        Q.    Pardon?

 5        A.    COVID 19 is what they told me.

 6        Q.    COVID.  Okay.  And was that her, cause of her

 7   death, to your knowledge, she died from COVID

 8   complications?

 9        A.    That's what I was told.  And I also was told

10   that she got it when she was in the County.

11        Q.    Who told you that?

12        A.    I can't recall.  Could have been a deputy.

13   Because a lot of deputies had it, too.  I think it was a

14   deputy, he was off duty.  Where were we.  I forget where

15   I seen him.  I can't remember, but, yeah, he told me, he

16   told me a bunch of deputies also got the COVID 19 from

17   the jail.  And that's how I found out that's the place,

18   that's how my kid got it.

19        Q.    Tell me about that.

20        A.    A lot of guys I work with got COVID.  You

21   know.  It's going through the jail.  Other people than

22   your daughter got it.

23        Q.    A deputy or was it a correctional officer

24   told you?

25        A.    Yeah.  I don't know.  I just knew him from
```

```
1                    Joseph J. Bonanza                    42

2    face and stuff.  And he knew me from face and stuff.

3    And he knew Terra was my daughter and he shared that

4    with me.

5         Q.   Where did this happen and when?

6         A.   It was shortly after Terra died.  So it was

7    2021, probably in May.  It was about a month after my

8    daughter died.

9         Q.   Did you just happen to run into this person

10   or did they reach out to you or something else?

11        A.   No.  I didn't reach out.  I just happened to

12   bump into him somewhere and we just started talking.

13   And he was telling me how a bunch of people got it up

14   there.

15        Q.   Up there meaning the correctional facility?

16        A.   Yeah.  And a bunch of employees had gotten

17   sick up there with it.  He said, I remember him sharing

18   with me he wasn't surprised how my daughter got it.

19   But --

20        Q.   Okay.  And that's your basis of information

21   that Terra contracted COVID at the Oneida County

22   Correctional Facility?

23        A.   Um-hmm.

24        Q.   Is that a yes?

25        A.   Yes.  I'm sorry.
```

```
 1                    Joseph J. Bonanza              43

 2          Q.    That's okay.  It's just for the record.

 3          A.    No, I know.  I know.  How many times you've

 4     got to tell somebody something.  I just, I apologize.

 5                      ( Discussion off the record )

 6          Q.    When this correctional officer told you about

 7     some COVID issues at the Oneida County Correctional

 8     Facility and that he believes that your daughter may

 9     have gotten it there, did you do anything with that

10     information?  Did you call anybody, do an investigation?

11     Did you do anything?

12          A.    No.  No.

13          Q.    Okay.  It's your belief though that while

14     your daughter was an inmate at the correctional

15     facility, she contracted COVID?

16          A.    Oh, yes, it is.

17          Q.    Okay.  And the basis of that information is,

18     is it something other than the correctional officer

19     telling you that?

20          A.    I would say so, yeah.

21          Q.    What's the other basis of your information?

22          A.    My daughter telling me.

23          Q.    That's great.  Tell me about that.  When did

24     she tell you that?

25          A.    She told me how a bunch of guards got it up
```

```
 1                    Joseph J. Bonanza                    44
 2   there and she believed that's how she got it.
 3        Q.    Terra told you this?
 4        A.    Yes, she did.
 5        Q.    So Terra did tell you that she had COVID?
 6        A.    She mentioned it to me, yeah.
 7        Q.    She believes she got it at the correctional
 8   facility?
 9        A.    Yes, sir.
10        Q.    Did she tell you in fact the treatment that
11   she received at the correctional facility?
12        A.    She wasn't receiving any treatment.
13        .Q.    Let's talk about that.  What's the basis of
14   that statement?  How do you know that?
15        A.    She called me up.  Well, she told me that
16   they weren't doing anything for her.  They wouldn't give
17   her no, not even Tylenol.
18        Q.    Did she call you while she was at the jail?
19        A.    No.  She told me this at the hospital when I
20   went to visit her.
21        Q.    Okay.  What did she tell you?
22        A.    How they were not treating her up there, not
23   doing anything for her.  I mean --
24        Q.    Did she mention any names or any lack of
25   treatment?  Tell me as much detail as you can if you can
```

1                        Joseph J. Bonanza                    45

2    remember what she told you about the treatment she

3    received at the Oneida County Correctional Facility.

4         A.     There was no treatment she received at

5    Oneida County.

6         Q.     All right.  Well, let me rephrase it.

7         A.     That's the only thing I remember.  There was

8    no treatment.  They were, they had a hard time with

9    Terra, I guess, with something and they just totally

10   stopped dealing with Terra.  They ignored her and they

11   just didn't deal with her no more.

12        Q.     Tell me what Terra told you about her lack of

13   treatment at the Oneida County Correctional Facility.

14        A.     They ignore me.  They won't, so she was

15   doing everything she could to get their attention.  If

16   that meant spreading feces or doing whatever she had to

17   do.  And I thought -- You know -- that's not going to

18   make it any better.  It's only going to make it worse.

19   But there is no telling her that.  But they totally

20   ignored that.

21        Q.     And she told you this while she was a patient

22   at St. Luke's?

23        A.     Yeah.  Yeah, before she --

24        Q.     Before she died, right?

25        A.     Um-hmm.  Yes.

1                    Joseph J. Bonanza                    46

2         Q.    Was this one conversation or more than one

3    that she told you these stories?

4         A.    It was more than once.  Because every time,

5    when she felt like talking, I would try to get whatever

6    I could out of her.  Because Terra wasn't too

7    forthcoming with information, so I would try to pump it

8    out of her, get whatever I could.

9         Q.    Based on what she told you, did you ever

10   follow up with that information by contacting anyone at

11   either the County of Oneida or the Oneida County

12   Correctional Facility?

13        A.    No.  I know what they did for her.  I knew

14   they weren't going to do nothing for me.  They wouldn't

15   help a kid that was dying and sick, they're going to

16   help the father?  No.  There is a lot of, a lot of POSes

17   that work up there.  It's an acronym I think they call

18   it, POS -- You know -- the abbreviation.  But there are

19   a lot of them that work at that jail.  And the sad thing

20   is, Terra dealt with most of them.  And too bad she was

21   too stupid to not realize you get more bees with honey

22   than vinegar.  And they let Terra Lynn fend for herself,

23   lay in her feces and do whatever she -- I could only

24   imagine the conversations that were going on in them

25   hallways.  You've got a lot of rotten people that work

```
 1                    Joseph J. Bonanza              47

 2    for that place.  And they treated my kid like an animal.

 3         Q.    Did she mention anyone in particular, any

 4    names?

 5         A.    No.

 6         Q.    Did she name any -- so she didn't mention --

 7    Hold on.

 8         A.    She mentioned --

 9         Q.    All right.  Go ahead.

10         A.    She mentioned a few deputies.  I can't

11    remember the names right now.

12         Q.    When you say deputies, you mean correction

13    officers?

14         A.    Yes, correction officers, they are deputies,

15    though, because one pointed that out to me one time.

16    They're the same.  They're people that have been there

17    for years.  I can't remember the names right now.  I

18    can't recall them at the moment.  But I remember she was

19    telling me.

20         Q.    Did she mention any medical personnel that

21    she dealt with there that refused to treat her?

22         A.    No.  No.  She didn't share that with me that

23    I remember.

24         Q.    Okay.

25         A.    Terra used to try to protect me from --
```

1               Joseph J. Bonanza               48

2               MR. PELLI:  You're all right.  You

3          already told him.

4               THE WITNESS:  I'm sorry.

5               MR. PELLI:  That's okay.

6     A.    This is about the worst thing in my life

7     that I hate, when it comes back up, I'm one of the

8     people that try to forget the pain.  And I never lost a

9     child before.

10         Q.    Did you ever get a death certificate for your

11    daughter?

12         A.    Yeah.  I, I think it was a courtesy, the

13    funeral home gave me it.

14         Q.    Do you still have that?

15         A.    Somewhere.

16         Q.    Okay.  Can you give it to your lawyer and

17    I'll make a request for it?

18               MR. PELLI:  I'll turn it over to you.

19               MR. WALSH:  I'm going to make a request

20          for the death certificate because I don't

21          have that.  And I'll follow up with a letter

22          to you, Chris.

23               MR. PELLI:  Sure.  Sure.  Before I

24          forget, I've got over seven hundred pages of

25          medical records that I'm glad to turn over to

```
 1                    Joseph J. Bonanza              49
 2           you, as well.
 3                MR. WALSH:  Sure.  I'll make that
 4           request, also, as well.
 5      Q.   Mr. Bonanza, are you aware that the, there
 6  was an investigation done regarding your daughter's
 7  death by the Commission of Corrections?
 8      A.   No.  No.
 9      Q.   Other than you visiting your daughter when
10  she was at St. Luke's, did anyone else visit her, family
11  members?
12      A.   I don't know.
13      Q.   Okay.  Like any of her children, her mother?
14      A.   Her mother did.
15      Q.   Okay.  How about any of her children?
16      A.   Her mother, I think her brother.  I don't
17  know about the children.  I just don't know.
18      Q.   Okay.  Let me just check this box, too.  Her
19  brother, he's self sufficient, right?
20      A.   Yes.
21      Q.   Okay.  He didn't rely on Terra for anything
22  financially?
23      A.   No.  No.  None of us relied on her
24  financially.  We just -- You know -- she was my
25  daughter, his sister.  And I was just so proud of both
```

Joseph J. Bonanza                    50

1  
2  of them because they really love each other.  And when

3  you have children, they have -- You know -- your son or

4  daughter, your two daughters, whatever the case may be,

5  when they get along good, they look out for each other,

6  that's what you hope for.  And I had that with my son

7  and my daughter.  And I just wanted to be able to sleep

8  good at night.

9      Q.    What does your son do?

10     A.    He's running a pizzeria right now.  He had

11  one on Bank Place in Utica, but business wasn't really

12  there.  Who knows.  That was when COVID was really -- so

13  that hurt a lot of places.  But -- You know -- he's got

14  a couple interests going on.

15     Q.    Okay.  So he's employed though and working?

16     A.    Yeah.  Yeah.

17     Q.    Great.

18     A.    He's doing all right.

19     Q.    Since Terra's death, have you been in contact

20  with any of her children?

21     A.    Yeah.  I talked to the two oldest girls for

22  a moment, but --

23     Q.    Okay.

24     A.    You know.  These kids grew up without me --

25  You know -- as far as -- You know -- usually normal

```
 1                    Joseph J. Bonanza                51

 2   things, the kids, they'd see their grandparents once a

 3   week, once a month, whatever the case may be.  Mine was

 4   sporadic over time.

 5        Q.    I just want to know about contact you had

 6   with the children after her death.

 7        A.    No.

 8        Q.    Anything of substance?

 9        A.    No.

10        Q.    Did they contact you or you contact them?

11        A.    I gave them my number and said give me a

12   call.

13        Q.    And they did?

14        A.    I got one phone call from one of them.  This

15   is after I buried Terra.  And I never got another one,

16   so.

17        Q.    Did you have a funeral for your daughter?

18        A.    Yes.

19        Q.    Did any of the children show up, her children

20   show up?

21        A.    The two oldest girls did.

22        Q.    Did you learn anything about them?  Are they

23   married?  Do they have kids?

24        A.    No.  No.  Their mother, Terra's mother may

25   have.  I don't.
```

```
 1                      Joseph J. Bonanza                52

 2          Q.    But you didn't?

 3          A.    I didn't, no.  See, I've been separated and

 4   divorced from their mother so long, so when Terra had --

 5   I wasn't involved as much as I should have or could

 6   have.

 7          Q.    I'm not passing judgement.

 8          A.    I know.  I know.

 9          Q.    I just want to know if they, when they came

10   to the funeral if they gave you any information about

11   their lives.

12          A.    No.  No.

13          Q.    And you told me there was a burial, also, of

14   Terra?

15          A.    Yeah.

16          Q.    Okay.  Did any of her children come to that?

17          A.    I believe the two girls were there.

18          Q.    Okay.  Again, did they share any information

19   with you regarding their lives at all?

20          A.    No.  No.  They like moved on.

21          Q.    Sure.

22          A.    You know what I mean?

23          Q.    Okay.  Since Terra's death, and you are the

24   administrator, did she leave any debts behind?  Did she

25   owe anybody any money?
```

```
 1                    Joseph J. Bonanza              53
 2       A.    Not that I know of.
 3       Q.    Did she own any property, any real property?
 4       A.    Uh-uh.
 5       Q.    No?
 6                  MR. PELLI:   Chris, say no.  You have to
 7             say no.
 8       A.    Oh, no.  Sorry.
 9       Q.    Did she have any assets?
10       A.    No.
11       Q.    So that means no bank accounts, no cars?  No?
12       A.    No.
13       Q.    We talked, I'll do this as quickly as I can.
14    We talked about some incarcerations of your daughter.
15    Did you ever visit your daughter while she was
16    incarcerated at anytime?
17       A.    Um-hmm.
18       Q.    Yes?
19       A.    Yes.
20       Q.    When?
21       A.    I don't know exactly when.  But it would
22    have, she was in jail a few times over the past.
23       Q.    Sure.
24       A.    And I made it a point to go visit her a
25    couple times and see maybe if my talking could help her
```

```
 1                    Joseph J. Bonanza                    54

 2   out -- You know -- leave her some money.  That's about

 3   all I could do.  I mean --

 4        Q.   Sure.

 5        A.   Talk to any parent that had a kid put in

 6   jail, it's --

 7        Q.   Do you know if your daughter went by any

 8   other names, any aliases?

 9        A.   No.

10        Q.   You ever hear the name Terra Robinson, you

11   ever hear her use that name?

12        A.   No.

13        Q.   How about Dawn Cominski, did you ever hear

14   her use that name?

15        A.   No.

16             MR. WALSH:  Okay.  Mr.  Bonanza, I am

17             done.  And I really, really appreciate your

18             time today.

19                  ( Whereupon, the Examination concluded

20                  at 10:55 a.m. )

21                       - o O o -

22

23

24

25
```

Joseph J. Bonanza                          55

C E R T I F I C A T E

    I, CATHERINE M. DARCHE, a Shorthand Reporter

and Notary Public in and for the State of New

York, DO HEREBY CERTIFY that the foregoing is a

true and accurate transcript of my shorthand notes

in the above-entitled matter.

DATED:  November 21, 2022

             /S/Catherine M. Darche, Court Reporter

**'**

**'02** [1] - 14:5
**'03** [1] - 14:5
**'79** [1] - 9:8
**'80** [1] - 11:4
**'90s** [1] - 9:10
**'91** [1] - 9:12
**'97** [1] - 9:10

**/**

**/S/Catherine** [1] -
  55:19

**1**

**1** [5] - 3:6, 5:4, 6:25,
  7:8, 8:7
**1011** [2] - 6:10, 15:17
**10:55** [1] - 54:20
**13078** [1] - 2:10
**13501** [1] - 2:7
**16th** [2] - 8:15, 8:16
**17** [1] - 1:18
**18th** [5] - 33:21, 35:8,
  35:12, 35:15, 35:21
**19** [2] - 41:5, 41:16
**1959** [1] - 6:8
**1960** [1] - 20:22
**1973** [1] - 18:12
**1979** [1] - 9:6
**1980** [1] - 20:23
**1997** [1] - 9:6
**19th** [1] - 39:20

**2**

**2000s** [1] - 11:3
**2002** [3] - 13:12, 14:2,
  14:3
**2003** [1] - 14:3
**2005** [1] - 11:5
**2010** [1] - 31:17
**2020** [4] - 15:23,
  21:19, 22:9, 22:14
**2021** [19] - 11:13,
  15:23, 22:15, 33:22,
  34:5, 34:8, 34:10,
  34:11, 35:3, 35:8,
  35:20, 35:21, 36:2,
  37:10, 37:20, 38:13,
  39:20, 42:7
**2022** [3] - 1:18, 8:16,
  55:15
**20th** [1] - 35:16
**21** [1] - 55:15
**22nd** [1] - 11:13
**23** [1] - 1:17
**25th** [1] - 20:22

**3**

**3** [1] - 2:6
**3rd** [1] - 35:16

**4**

**4615** [1] - 2:10
**48** [1] - 3:15
**49** [1] - 3:16
**4th** [1] - 6:8

**5**

**5** [1] - 3:6
**50** [1] - 5:14
**50-H** [1] - 1:16
**5th** [8] - 33:21, 34:5,
  34:8, 35:2, 35:8,
  35:12, 35:14, 35:20

**9**

**9:59** [1] - 5:3

**A**

**a.m** [2] - 5:3, 54:20
**abbreviation** [1] -
  46:18
**able** [4] - 36:20, 50:7
**above-entitled** [1] -
  55:12
**abuse** [4] - 24:20,
  25:13, 25:17, 27:9
**abusing** [1] - 25:19
**accept** [1] - 7:19
**accommodate** [1] -
  5:21
**accounts** [1] - 53:11
**accurate** [2] - 33:14,
  55:11
**aches** [1] - 23:18
**acronym** [1] - 46:17
**action** [1] - 4:8
**address** [2] - 6:9,
  15:16
**ADHD** [1] - 25:3
**Administrator** [1] - 1:5
**administrator** [3] -
  8:11, 31:12, 52:24
**adult** [1] - 22:6
**afterwards** [1] - 26:12
**age** [2] - 12:3, 23:19
**ages** [1] - 11:22
**ago** [1] - 19:7
**agree** [5] - 7:15,
  11:12, 29:21, 31:25,
  33:19
**agreed** [1] - 28:24

**ahead** [3] - 7:3, 9:12,
  47:9
**aides** [1] - 20:9
**alcohol** [2] - 24:20,
  27:9
**aliases** [1] - 54:8
**alive** [3] - 20:13,
  20:15, 20:17
**almost** [1] - 16:9
**amend** [1] - 7:16
**amendment** [1] - 7:17
**animal** [1] - 47:2
**anorexia** [1] - 24:24
**answer** [4] - 6:2,
  17:12, 29:7, 38:6
**answers** [1] - 5:22
**Anthony** [3] - 9:19,
  12:16, 22:21
**anxiety** [1] - 24:4
**anxious** [1] - 24:6
**anytime** [4] - 5:20,
  9:25, 10:4, 53:16
**apartment** [1] - 11:11
**apologize** [1] - 43:4
**APPEARANCES** [1] -
  2:4
**appointed** [1] - 8:11
**appointments** [1] -
  23:6
**appreciate** [5] - 9:16,
  10:14, 29:12, 31:9,
  54:17
**appreciative** [1] - 29:3
**April** [1] - 11:13
**area** [1] - 23:4
**aspect** [1] - 21:15
**assets** [1] - 53:9
**assistance** [3] - 21:4,
  21:25
**assumed** [4] - 21:17,
  22:5, 22:6, 40:17
**asthma** [1] - 16:5
**asthmatic** [1] - 40:17
**attached** [1] - 8:9
**attacks** [1] - 24:9
**attempted** [1] - 27:11
**attention** [1] - 45:15
**attorney** [1] - 5:12
**Attorney** [1] - 2:6
**Attorneys** [1] - 2:7
**attorneys** [1] - 4:6
**Ave** [2] - 6:10, 37:15
**aware** [18] - 23:13,
  23:22, 25:9, 25:18,
  26:6, 28:19, 30:6,
  30:13, 32:5, 32:13,
  32:14, 32:15, 34:7,
  37:9, 37:19, 37:22,
  38:12, 49:5

**awful** [1] - 30:2
**awhile** [1] - 16:2

**B**

**babies** [1] - 14:22
**baby** [1] - 14:16
**background** [1] -
  10:19
**bad** [3] - 20:21, 40:8,
  46:20
**Bank** [1] - 50:11
**bank** [1] - 53:11
**based** [1] - 46:9
**basis** [4] - 42:20,
  43:17, 43:21, 44:13
**beautiful** [1] - 18:25
**became** [2] - 19:25,
  38:12
**become** [4] - 34:7,
  37:9, 37:19, 37:22
**bed** [1] - 40:3
**bees** [1] - 46:21
**behind** [1] - 52:24
**belief** [1] - 43:13
**believes** [2] - 43:8,
  44:7
**bell** [1] - 28:3
**best** [8] - 9:4, 10:9,
  10:12, 10:19, 11:7,
  13:4, 17:20, 19:4
**better** [2] - 10:19,
  45:18
**between** [10] - 4:6,
  14:5, 33:4, 35:2,
  35:7, 35:8, 35:11,
  35:14, 35:15, 36:19
**big** [2] - 7:11, 9:13
**bipolar** [1] - 25:5
**birth** [1] - 6:7
**bit** [3] - 19:3, 23:14,
  28:22
**Boards** [1] - 13:19
**BOCES** [1] - 13:17
**BONANZA** [2] - 1:5,
  1:15
**bonanza** [1] - 49:5
**Bonanza** [12] - 1:6,
  5:9, 5:11, 6:25, 8:19,
  9:20, 13:4, 15:22,
  17:7, 36:14, 40:2,
  54:16
**Bonanza's** [1] - 8:11
**borderline** [1] - 25:7
**born** [4] - 11:4, 20:21,
  20:22
**Borrill** [1] - 1:17
**borrow** [1] - 21:12
**bothered** [1] - 16:5
**bouts** [1] - 24:5

**box** [1] - 49:18
**boy** [2] - 12:15, 22:20
**boyfriend** [1] - 11:10
**break** [1] - 5:20
**bring** [1] - 23:8
**bringing** [1] - 31:14
**brother** [3] - 20:12,
  49:16, 49:19
**brought** [1] - 29:14
**building** [2] - 30:19,
  30:20
**bump** [1] - 42:12
**bunch** [4] - 41:16,
  42:13, 42:16, 43:25
**burglary** [1] - 32:5
**burial** [1] - 52:13
**buried** [1] - 51:15
**business** [1] - 50:11
**BY** [4] - 2:7, 2:11,
  3:14, 5:8

**C**

**caffeine** [1] - 10:15
**cannot** [2] - 37:4, 37:5
**card** [1] - 13:21
**carry** [1] - 19:20
**cars** [1] - 53:11
**case** [2] - 50:4, 51:3
**CATHERINE** [2] -
  4:15, 55:8
**Catherine** [1] - 1:19
**Catholic** [1] - 18:8
**caused** [1] - 33:13
**cellar** [1] - 16:3
**certainly** [1] - 5:21
**certificate** [3] - 3:15,
  48:10, 48:20
**CERTIFY** [1] - 55:10
**Champlin** [1] - 37:15
**charge** [7] - 4:14,
  32:6, 32:8, 32:16,
  32:18, 33:25, 34:3
**charges** [7] - 30:3,
  30:7, 30:22, 30:24,
  31:25, 32:8, 32:20
**check** [1] - 49:18
**child** [3] - 18:2, 21:11,
  48:9
**children** [28] - 9:17,
  9:23, 9:25, 11:16,
  12:17, 12:19, 12:25,
  15:25, 16:16, 16:17,
  16:21, 18:3, 19:6,
  19:9, 19:12, 19:24,
  22:10, 22:15, 23:8,
  49:13, 49:15, 49:17,
  50:3, 50:20, 51:6,
  51:19, 52:16
**Chris** [2] - 48:22, 53:6

**CHRISTOPHER** [2] - 2:5, 2:7
**Churchill** [3] - 6:10, 15:17
**claim** [4] - 29:14, 31:14, 33:10
**Claim** [5] - 1:5, 3:6, 7:5, 7:16, 7:23
**Claimant** [3] - 1:7, 1:15, 2:6
**cocaine** [2] - 26:6, 26:16
**coffee** [2] - 10:15, 26:24
**coherent** [1] - 36:20
**coke** [1] - 26:8
**coming** [1] - 18:19
**Cominski** [1] - 54:13
**commenced** [1] - 5:2
**Commission** [1] - 49:7
**communication** [1] - 34:14
**completely** [2] - 6:2, 33:9
**complications** [1] - 41:8
**concluded** [1] - 54:19
**condition** [1] - 40:20
**consider** [1] - 17:22
**considerate** [2] - 29:11, 29:18
**contact** [6] - 18:24, 34:13, 50:19, 51:5, 51:10
**contacted** [1] - 18:11
**contacting** [1] - 46:10
**contained** [1] - 4:7
**continued** [1] - 15:5
**contracted** [2] - 42:21, 43:15
**contributed** [1] - 33:14
**contributing** [1] - 22:9
**conversation** [3] - 36:7, 40:4, 46:2
**conversations** [1] - 46:24
**cook** [1] - 18:7
**cool** [1] - 29:19
**copy** [1] - 4:13
**correct** [6] - 7:24, 8:16, 11:13, 12:18, 33:22, 35:9
**correction** [2] - 47:12, 47:14
**Correctional** [11] - 5:13, 7:24, 33:12, 33:20, 34:9, 35:20, 42:22, 43:7, 45:3,

45:13, 46:12
**correctional** [7] - 41:23, 42:15, 43:6, 43:14, 43:18, 44:7, 44:11
**CORRECTIONAL** [1] - 1:9
**Corrections** [1] - 49:7
**COUNSEL** [1] - 2:7
**Counsel** [1] - 2:11
**County** [26] - 5:12, 5:13, 7:23, 7:24, 8:10, 21:4, 30:14, 30:17, 30:19, 30:20, 33:12, 33:20, 34:8, 34:18, 34:23, 35:19, 41:10, 42:21, 43:7, 45:3, 45:5, 45:13, 46:11
**COUNTY** [3] - 1:3, 1:9
**couple** [4] - 5:16, 34:15, 50:14, 53:25
**course** [1] - 7:6
**Court** [5] - 1:19, 5:24, 6:3, 8:10, 55:19
**courtesy** [1] - 48:12
**cover** [1] - 25:24
**COVID** [11] - 41:3, 41:5, 41:6, 41:7, 41:16, 41:20, 42:21, 43:7, 43:15, 44:5, 50:12
**crack** [1] - 26:16
**credit** [1] - 13:20
**criminal** [4] - 28:20, 29:20, 29:21, 29:24
**current** [1] - 6:9
**custody** [1] - 9:23

**D**

**Daniella** [4] - 11:25, 12:2, 12:13, 12:22
**Darche** [1] - 1:19
**DARCHE** [2] - 4:15, 55:8
**darche** [1] - 55:19
**dark** [1] - 31:8
**date** [6] - 6:7, 11:12, 34:11, 35:4, 36:18
**DATED** [1] - 55:15
**dates** [2] - 35:16, 36:19
**daughter** [39] - 8:20, 17:2, 17:5, 17:6, 17:15, 17:23, 18:9, 18:15, 18:23, 19:4, 25:11, 26:12, 27:25, 28:14, 28:19, 28:23, 28:25, 31:17, 32:25,

34:13, 37:9, 37:19, 38:18, 41:22, 42:3, 42:8, 42:18, 43:8, 43:14, 43:22, 48:11, 49:9, 49:25, 50:4, 50:7, 51:17, 53:14, 53:15, 54:7
**daughter's** [2] - 41:2, 49:6
**daughters** [1] - 50:4
**David** [1] - 5:11
**DAVID** [1] - 2:11
**Dawn** [1] - 54:13
**deal** [3] - 7:11, 9:13, 45:11
**dealing** [1] - 45:10
**dealt** [2] - 46:20, 47:21
**death** [1] - 11:13, 11:15, 21:20, 30:13, 33:14, 33:21, 41:7, 48:10, 48:20, 49:7, 50:19, 51:6, 52:23
**Death** [1] - 3:15
**Debra** [4] - 8:23, 9:2, 10:24, 20:20
**debts** [1] - 52:24
**Deceased** [1] - 1:6
**deceased** [1] - 20:18
**delivery** [1] - 6:21
**Depakote** [3] - 28:8, 28:9, 28:13
**dependence** [1] - 24:13
**depression** [1] - 23:24
**deputies** [5] - 41:13, 41:16, 47:10, 47:12, 47:14
**deputy** [4] - 41:12, 41:14, 41:23
**Derbyshire** [1] - 2:6
**describe** [1] - 20:19
**detail** [3] - 34:22, 36:8, 44:25
**diagnosis** [2] - 40:11, 41:2
**died** [7] - 37:16, 38:24, 39:3, 41:7, 42:6, 42:8, 45:24
**different** [2] - 21:15, 26:14
**differently** [1] - 19:23
**disabilities** [3] - 23:12, 23:21
**disability** [2] - 20:2, 20:5
**disabled** [1] - 19:25
**discussion** [1] - 43:5
**disorder** [4] - 24:7, 24:11, 25:5, 25:7
**divorce** [3] - 9:9, 9:14,

10:3
**divorced** [7] - 9:4, 9:16, 9:17, 9:22, 10:4, 31:6, 52:4
**DO** [1] - 55:10
**doctor** [3] - 27:19, 40:19, 40:21
**dollars** [1] - 13:20
**done** [3] - 7:9, 49:6, 54:17
**doubt** [1] - 26:19
**down** [2] - 5:24, 19:3
**drill** [1] - 19:3
**drink** [2] - 24:21, 24:23
**drive** [3] - 6:21, 10:9, 23:4
**drugs** [2] - 26:9, 32:21
**duly** [1] - 5:5
**during** [4] - 16:15, 23:9, 35:2, 35:7
**duty** [1] - 41:14
**dying** [1] - 46:15

**E**

**ease** [1] - 6:3
**easier** [1] - 12:9
**eating** [1] - 22:6
**education** [1] - 13:5
**eight** [3] - 16:13, 18:14, 38:24
**eighteen** [5] - 9:3, 12:6, 12:7, 12:11, 31:18
**eighty** [1] - 13:20
**eighty-five** [1] - 13:20
**either** [5] - 24:23, 28:7, 30:14, 33:13, 46:11
**Elizabeth** [2] - 14:19, 14:24
**Elizabeth's** [7] - 13:22, 14:4, 14:10, 14:23, 15:11, 30:13, 37:10
**employed** [2] - 6:16, 60:15
**employees** [1] - 42:16
**employment** [4] - 13:13, 13:22, 14:4, 21:19
**ended** [1] - 16:4
**Englewood** [1] - 6:19
**entitled** [1] - 55:12
**ESQ** [2] - 2:5, 2:11
**Esq** [1] - 2:7
**essentially** [2] - 33:11, 36:25
**estate** [2] - 8:12, 31:12

10:3
**Estate** [1] - 1:5
**estimate** [1] - 9:5
**eventually** [1] - 26:23
**exact** [2] - 34:2, 40:16
**exactly** [1] - 53:21
**Examination** [3] - 5:2, 5:14, 54:19
**EXAMINATION** [2] - 1:14, 5:7
**examined** [1] - 4:13
**examining** [1] - 4:13
**except** [1] - 4:10
**Exhibit** [4] - 5:4, 6:25, 7:8, 8:7
**EXHIBITS** [1] - 3:4
**expire** [1] - 15:6
**eyeglasses** [1] - 7:2

**F**

**face** [2] - 42:2
**Facility** [11] - 5:13, 7:24, 33:12, 33:20, 34:9, 35:20, 42:22, 43:8, 45:3, 45:13, 46:12
**facility** [4] - 42:15, 43:15, 44:8, 44:11
**FACILITY** [1] - 1:9
**fact** [1] - 44:10
**fair** [2] - 6:3, 6:5
**false** [1] - 32:15
**family** [2] - 27:22, 49:10
**far** [10] - 9:12, 13:5, 21:23, 21:25, 22:21, 23:5, 27:13, 30:24, 31:3, 50:25
**father** [4] - 8:21, 12:20, 18:12, 46:16
**feces** [1] - 45:16, 46:23
**Federal** [1] - 21:4
**felt** [1] - 46:5
**fend** [1] - 46:22
**fentanyl** [1] - 26:18
**few** [5] - 14:7, 19:7, 30:20, 47:10, 53:22
**field** [1] - 26:13
**fifty** [1] - 18:19
**filed** [1] - 7:23
**filing** [1] - 4:9
**finally** [1] - 5:25
**financially** [3] - 22:10, 49:22, 49:24
**fine** [2] - 7:19, 9:15
**finish** [2] - 5:25, 35:6
**fired** [1] - 14:17
**first** [8] - 7:10, 7:22, 12:21, 38:22, 38:23,

39:14, 39:16, 39:25
**five** [10] - 11:21, 12:13, 12:17, 12:25, 13:20, 19:9, 19:10, 19:11, 31:7, 39:2
**flood** [1] - 16:3
**follow** [2] - 46:10, 48:21
**follows** [1] - 5:6
**food** [2] - 21:25, 22:3
**Food** [1] - 6:19
**FOR** [1] - 3:5
**foregoing** [1] - 55:10
**forever** [1] - 18:11
**forgery** [1] - 32:18
**forget** [3] - 41:14, 48:8, 48:24
**forgive** [1] - 22:21
**form** [2] - 4:10, 4:12
**forthcoming** [1] - 46:7
**forty** [2] - 17:2, 23:18
**foster** [3] - 16:20, 16:24, 19:12
**fourth** [1] - 8:9
**free** [1] - 4:14
**fresh** [1] - 25:10
**friends** [1] - 23:6
**funeral** [3] - 48:13, 51:17, 52:10
**furnish** [1] - 4:13

## G

**General** [2] - 1:16, 5:15
**gentleman** [1] - 12:23
**gesture** [1] - 18:25
**girl** [1] - 18:13
**girl's** [1] - 22:22
**girls** [3] - 50:21, 51:21, 52:17
**glad** [2] - 28:17, 48:25
**God** [1] - 22:21
**grab** [1] - 7:2
**graduate** [1] - 13:15
**graduation** [1] - 14:3
**grand** [1] - 32:8
**grandfathers** [1] - 20:18
**grandmother** [1] - 20:16
**grandmothers** [1] - 20:16
**grandparents** [2] - 20:15, 51:2
**grateful** [1] - 27:15
**Great** [1] - 50:17
**great** [3] - 6:6, 18:9, 43:23
**grew** [1] - 50:24

**ground** [1] - 5:16
**Group** [1] - 6:19
**guards** [1] - 43:25
**guess** [5] - 16:19, 24:19, 25:24, 40:16, 45:9
**guessing** [1] - 24:18
**guilt** [1] - 19:20
**guys** [1] - 41:20

## H

**half** [1] - 31:23
**hallways** [1] - 46:25
**hand** [1] - 37:4
**hard** [1] - 45:8
**Hartford** [1] - 1:18
**hate** [1] - 48:7
**head** [1] - 5:23
**hear** [3] - 54:10, 54:11, 54:13
**heard** [3] - 30:10, 31:20, 31:23
**heart** [1] - 18:8
**help** [5] - 17:9, 17:20, 46:15, 46:16, 53:25
**HEREBY** [1] - 55:10
**herein** [1] - 4:8
**heroin** [3] - 26:3, 26:5, 26:8
**herself** [2] - 21:2, 46:22
**high** [3] - 13:6, 18:11, 18:17
**hindsight** [1] - 19:22
**hitting** [1] - 21:14
**hmm** [16] - 7:10, 7:25, 10:22, 11:17, 12:24, 13:10, 21:8, 32:2, 33:18, 36:3, 39:4, 39:8, 42:23, 45:25, 53:17
**Hold** [1] - 47:7
**hold** [2] - 13:14, 13:17
**home** [4] - 10:23, 16:20, 16:24, 48:13
**homes** [1] - 19:12
**honest** [1] - 40:23
**honestly** [1] - 34:2
**honey** [1] - 46:21
**hope** [1] - 50:6
**horrible** [1] - 19:16
**Hospital** [4] - 13:22, 14:5, 37:10, 37:20
**hospital** [5] - 36:18, 40:11, 40:15, 41:2, 44:19
**hour** [2] - 39:11
**house** [1] - 23:9
**hundred** [3] - 12:16,

12:17, 48:24
**hungry** [2] - 22:5, 22:7
**hurry** [1] - 10:3
**hurt** [3] - 20:7, 25:14, 50:13

## I

**ID** [1] - 3:5
**Identification** [1] - 5:4
**ignore** [1] - 45:14
**ignored** [2] - 45:10, 45:20
**illegal** [1] - 32:20
**illness** [1] - 25:9
**imagine** [1] - 46:24
**impersonation** [1] - 32:16
**implying** [1] - 19:19
**improper** [1] - 33:13
**incarcerated** [7] - 30:12, 33:20, 34:4, 34:8, 34:12, 35:19, 53:16
**incarcerations** [2] - 30:14, 53:14
**income** [2] - 21:18, 21:24
**indebted** [1] - 18:11
**independent** [1] - 29:15
**INDEX** [2] - 3:4, 3:13
**information** [14] - 10:21, 28:11, 30:17, 31:17, 31:24, 38:17, 42:20, 43:10, 43:17, 43:21, 46:7, 46:10, 52:10, 52:18
**inmate** [2] - 33:12, 43:14
**inpatient** [1] - 27:8
**interests** [1] - 50:14
**investigation** [4] - 29:16, 35:19, 43:10, 49:6
**involved** [2] - 15:15, 52:5
**IS** [1] - 4:6
**issue** [1] - 28:2
**issues** [2] - 27:4, 43:7
**IT** [1] - 4:6

## J

**jail** [12] - 30:20, 33:24, 34:24, 35:10, 36:2, 36:23, 41:17, 41:21, 44:18, 46:19, 53:22, 54:6
**Jail** [1] - 34:19

**Jamesville** [1] - 2:10
**Jersey** [1] - 6:19
**job** [2] - 20:11, 21:23
**Joe** [1] - 29:6
**JOSEPH** [2] - 1:5, 1:14
**Joseph** [1] - 5:9
**JUDE** [2] - 2:5, 2:7
**judgement** [2] - 19:17, 52:7
**July** [1] - 6:8

## K

**keep** [2] - 17:4, 17:5
**KENNEY** [1] - 2:9
**kept** [2] - 9:24, 31:8
**kid** [7] - 17:19, 18:7, 25:10, 41:18, 46:15, 47:2, 54:5
**kids** [10] - 10:5, 10:6, 15:14, 20:24, 20:25, 25:11, 31:10, 50:24, 51:2, 51:23
**kind** [2] - 31:7, 33:4
**kindest** [1] - 18:16
**knowledge** [2] - 23:23, 41:7
**knows** [1] - 50:12

## L

**lack** [2] - 10:19, 44:24, 45:12
**larceny** [7] - 30:4, 30:5, 30:9, 30:22, 30:24, 31:25, 32:8
**last** [6] - 8:23, 9:20, 15:16, 16:21, 18:15, 19:5
**late** [1] - 9:10
**Law** [3] - 1:16, 5:15
**lawyer** [1] - 48:16
**lay** [1] - 46:23
**learn** [3] - 17:14, 40:14, 51:22
**leave** [3] - 11:8, 52:24, 54:2
**left** [3] - 10:23, 14:12, 14:14
**length** [1] - 14:11
**less** [2] - 16:12, 16:13
**letter** [1] - 48:21
**license** [4] - 13:9, 13:14, 15:6, 15:8
**licensed** [1] - 13:8
**life** [6] - 10:10, 10:13, 18:21, 19:25, 48:6
**lifetime** [2] - 22:7, 28:25

**lifting** [2] - 20:7, 20:10
**lines** [1] - 36:12
**LIPTAK** [1] - 2:9
**listen** [2] - 17:11, 19:17
**live** [3] - 10:13, 16:17, 22:8
**lived** [10] - 10:24, 15:19, 15:24, 16:9, 16:16, 16:22, 19:6, 21:3, 22:14, 27:16
**livelihood** [1] - 15:13
**lives** [2] - 52:11, 52:19
**living** [3] - 10:10, 15:25, 34:5
**LLP** [1] - 2:9
**look** [2] - 7:8, 50:5
**looks** [1] - 7:19
**Lorenzo** [1] - 6:19
**lost** [1] - 48:8
**love** [3] - 18:12, 28:15, 50:2
**loved** [1] - 33:6
**loving** [1] - 18:10
**LPN** [4] - 13:7, 15:2, 15:6, 20:10
**lucked** [1] - 25:12
**Luke's** [8] - 37:11, 37:12, 37:20, 38:13, 40:2, 40:25, 45:22, 49:10
**lungs** [1] - 40:18
**Lynn** [3] - 1:6, 8:19, 46:22

## M

**M-A-R-A-S-H-I-A-N** [1] - 8:25
**major** [1] - 23:23
**Marashian** [1] - 8:23
**March** [23] - 33:21, 34:4, 34:8, 34:10, 34:11, 35:2, 35:5, 35:7, 35:8, 35:12, 35:14, 35:15, 35:16, 35:20, 36:2, 37:20, 38:13, 39:18, 39:19
**marked** [3] - 5:4, 6:24, 7:7
**marriage** [1] - 18:14
**married** [6] - 6:14, 9:2, 9:7, 9:8, 11:8, 51:23
**matter** [1] - 55:12
**Matter** [1] - 1:5
**mean** [16] - 11:24, 14:16, 17:18, 17:25, 21:23, 23:3, 23:5, 26:19, 31:17, 35:12, 39:3, 40:10, 44:23,

47:12, 52:22, 54:3
**meaning** [1] - 42:15
**means** [2] - 5:23,
53:11
**meant** [1] - 45:16
**medical** [4] - 26:13,
33:13, 47:20, 48:25
**Medical** [1] - 3:16
**medication** [2] -
27:17, 28:12
**medicine** [4] - 25:20,
26:14, 27:24
**medicines** [1] - 26:14
**member** [1] - 27:22
**members** [1] - 49:11
**memory** [2] - 11:7,
18:22
**mental** [3] - 20:3,
23:12, 23:21
**mention** [6] - 28:10,
28:12, 44:24, 47:3,
47:6, 47:20
**mentioned** [4] - 16:24,
44:6, 47:8, 47:10
**met** [2] - 18:20, 26:20
**Methamphetamine** [2]
- 26:21, 26:22
**mid** [1] - 23:18
**mine** [2] - 15:18, 51:3
**minute** [4] - 7:8,
33:16, 34:24, 36:9
**minutes** [2] - 39:2
**missed** [1] - 39:2
**mold** [1] - 16:5
**moldy** [1] - 16:4
**moment** [2] - 47:18,
50:22
**money** [7] - 21:9,
21:12, 21:13, 21:14,
30:9, 52:25, 54:2
**month** [3] - 35:5, 42:7,
51:3
**months** [3] - 16:13,
21:3, 31:18
**morning** [3] - 5:9,
10:16, 29:2
**most** [2] - 10:10,
46:20
**mother** [16] - 8:22,
10:2, 10:9, 20:17,
20:20, 20:22, 27:22,
27:25, 31:6, 49:13,
49:14, 49:16, 51:24,
52:4
**mother's** [1] - 20:17
**move** [1] - 30:12
**moved** [1] - 52:20
**moving** [1] - 16:4
**MR** [21] - 5:8, 7:4, 7:6,
7:15, 7:18, 10:17,

11:23, 17:11, 29:6,
35:6, 38:6, 40:9,
40:12, 48:2, 48:5,
48:18, 48:19, 48:23,
49:3, 53:6, 54:16
**Municipal** [2] - 1:16,
5:15

**N**

**name** [10] - 5:11, 7:10,
8:23, 9:20, 22:22,
28:3, 47:6, 54:10,
54:11, 54:14
**names** [7] - 11:22,
11:24, 44:24, 47:4,
47:11, 47:17, 54:8
**natural** [3] - 8:20,
20:20
**nature** [1] - 20:2
**need** [4] - 9:15, 29:13,
29:14, 31:16
**never** [16] - 21:10,
22:4, 22:5, 23:5,
24:21, 24:23, 27:2,
27:15, 31:20, 31:21,
31:23, 32:23, 40:16,
48:8, 51:15
**NEW** [1] - 1:2
**New** [10] - 1:18, 1:20,
2:7, 2:10, 4:17, 5:15,
6:13, 6:19, 55:9
**nice** [3] - 18:18, 18:22,
19:2
**nicotine** [1] - 24:13
**night** [2] - 38:24, 50:8
**none** [2] - 16:15,
49:23
**normal** [1] - 50:25
**North** [1] - 2:10
**Notary** [3] - 1:20, 4:16,
55:9
**noted** [1] - 4:12
**notes** [1] - 55:11
**nothing** [3] - 9:13,
23:15, 46:14
**notice** [1] - 24:9
**Notice** [6] - 1:5, 3:6,
7:4, 7:16, 7:23, 8:10
**November** [2] - 1:18,
55:15
**NOWAK** [1] - 2:9
**number** [3] - 11:21,
12:17, 51:11
**nurse** [2] - 13:8, 40:22
**nurses** [3] - 20:9,
20:10, 26:12

**O**

**o'clock** [1] - 38:24
**OATH** [1] - 1:14
**oath** [1] - 4:17
**Oath** [1] - 5:14
**objections** [3] - 4:10,
4:11
**obviously** [2] - 15:11,
16:16
**October** [1] - 20:22
**OF** [2] - 1:2, 1:3
**offer** [1] - 17:13
**officer** [2] - 41:23,
43:6, 43:18
**officers** [2] - 47:13,
47:14
**Offices** [1] - 1:17
**old** [1] - 17:2
**oldest** [2] - 50:21,
51:21
**once** [4] - 31:3, 46:4,
51:2, 51:3
**one** [22] - 5:17, 6:10,
10:3, 12:2, 12:22,
16:3, 21:6, 28:7,
31:22, 31:23, 32:24,
46:2, 47:15, 48:7,
50:11, 51:14, 51:15
**ONEIDA** [3] - 1:3, 1:9
**Oneida** [16] - 5:12,
7:24, 8:10, 33:12,
33:20, 34:8, 35:19,
42:21, 43:7, 45:3,
45:5, 45:13, 46:11
**opened** [1] - 31:10
**opiates** [5] - 25:15,
25:22, 25:23, 26:2,
26:15
**oral** [1] - 5:23
**owe** [1] - 52:25
**own** [5] - 10:24, 16:2,
21:13, 29:15, 53:3
**Oxford** [1] - 1:17
**Oxycodone** [2] -
25:21, 25:24

**P**

**pack** [2] - 24:16, 24:19
**page** [4] - 7:22, 8:4,
8:6, 8:9
**PAGE** [1] - 3:14
**pages** [1] - 48:24
**pain** [3] - 25:20, 26:13,
48:8
**pains** [1] - 23:19
**panic** [2] - 24:9, 24:11
**pardon** [1] - 41:4
**parent** [2] - 21:16,

54:5
**part** [2] - 16:10, 20:11
**particular** [1] - 47:3
**parties** [1] - 4:7
**party** [2] - 4:13
**passed** [1] - 26:12
**passing** [2] - 19:17,
52:7
**past** [1] - 53:22
**patient** [7] - 20:8,
27:4, 37:10, 37:11,
37:19, 38:12, 45:21
**peace** [1] - 17:4
**PELLI** [17] - 2:5, 2:7,
7:6, 7:18, 10:17,
11:23, 17:11, 29:6,
35:6, 38:6, 40:9,
40:12, 48:2, 48:5,
48:18, 48:23, 53:6
**pending** [1] - 5:22
**people** [7] - 16:19,
26:13, 41:21, 42:13,
46:25, 47:16, 48:8
**percent** [2] - 12:16,
12:17
**period** [8] - 15:21,
23:9, 31:22, 33:25,
34:12, 35:2, 35:7,
35:9
**person** [1] - 42:9
**personal** [1] - 17:25
**personality** [1] - 25:7
**personnel** [1] - 47:20
**pertinent** [2] - 17:18,
17:21, 17:22
**Petit** [1] - 30:4
**petit** [5] - 30:5, 30:9,
30:22, 30:24, 31:25
**pharmaceutical** [1] -
26:8
**phone** [7] - 34:18,
34:24, 35:9, 36:10,
36:22, 38:24, 51:14
**physical** [5] - 9:23,
20:3, 20:5, 23:12,
23:21
**pick** [1] - 15:3
**pinpoint** [1] - 36:18
**pizzeria** [1] - 50:10
**place** [5] - 16:2, 16:3,
16:7, 41:17, 47:2
**Place** [2] - 2:6, 50:11
**places** [1] - 50:13
**PLLC** [1] - 2:5
**point** [5] - 7:11, 15:6,
37:9, 37:18, 53:24
**pointed** [2] - 7:20,
47:15
**POS** [1] - 46:18
**POSes** [1] - 46:16

**possession** [1] -
32:20
**post** [1] - 24:7
**pot** [1] - 26:7
**practical** [1] - 13:8
**practitioner** [1] -
40:22
**prescribed** [1] - 27:19
**primarily** [1] - 10:8
**primary** [1] - 9:23
**prison** [1] - 31:19
**problem** [2] - 23:14,
26:13
**property** [2] - 53:3
**protect** [1] - 47:25
**proud** [1] - 49:25
**psychiatric** [2] - 25:9,
27:4
**Public** [3] - 1:20, 4:16,
55:9
**pump** [1] - 46:7
**pursuant** [2] - 1:15,
5:14
**pushing** [1] - 23:18
**put** [4] - 13:19, 13:20,
28:21, 54:5

**Q**

**questions** [2] - 5:17,
29:7
**quickly** [1] - 53:13
**quite** [1] - 16:10

**R**

**raised** [1] - 37:4
**reach** [3] - 18:24,
42:10, 42:11
**read** [1] - 31:21
**real** [1] - 53:3
**realize** [2] - 29:10,
46:21
**really** [9] - 11:11, 18:9,
18:23, 28:16, 50:2,
50:11, 50:12, 54:17
**reason** [3] - 14:16,
14:18, 16:6
**received** [4] - 33:13,
44:11, 45:3, 45:4
**receiving** [1] - 44:12
**recollection** [1] - 13:4
**record** [7] - 4:12,
28:20, 29:21, 29:22,
29:24, 43:2, 43:5
**records** [2] - 3:16,
48:25
**refused** [1] - 47:21
**regarding** [2] - 49:6,
52:19

**relationship** [5] - 8:18, 17:6, 20:19, 20:23, 20:25
**relied** [1] - 49:23
**reliving** [1] - 38:8
**rely** [1] - 49:21
**remember** [19] - 13:18, 14:7, 14:21, 14:22, 19:11, 22:21, 36:6, 36:16, 36:17, 37:23, 38:2, 41:15, 42:17, 45:2, 45:7, 47:11, 47:17, 47:18, 47:23
**rephrase** [4] - 5:18, 37:18, 40:24, 45:6
**Reporter** [6] - 1:19, 4:16, 5:24, 6:3, 55:8, 55:19
**represent** [3] - 5:12, 7:22, 35:18
**request** [3] - 48:17, 48:19, 49:4
**REQUESTS** [1] - 3:13
**reserved** [1] - 4:11
**resided** [1] - 10:8
**respective** [1] - 4:7
**Respondents** [2] - 1:10, 2:9
**RESPONDENTS** [2] - 3:5, 3:14
**results** [2] - 13:19, 13:21
**ring** [1] - 28:3
**Road** [1] - 1:17
**Robinson** [1] - 54:10
**rotten** [1] - 46:25
**Rs** [1] - 7:14
**rules** [1] - 5:16
**run** [1] - 42:9
**running** [1] - 50:10

### S

**S.S.I** [1] - 21:4
**sad** [1] - 46:19
**Savannah** [3] - 12:11, 12:13, 12:22
**school** [10] - 10:13, 11:9, 13:5, 13:6, 13:16, 14:4, 15:3, 18:11, 18:17
**Section** [2] - 1:15, 5:14
**Security** [2] - 21:7, 21:21
**see** [8] - 9:24, 13:12, 18:13, 31:20, 38:17, 51:2, 52:3, 53:25
**seem** [1] - 39:20

**self** [1] - 49:19
**sentence** [1] - 31:20
**sentenced** [1] - 31:18
**separated** [2] - 10:2, 52:3
**Seroquel** [1] - 28:3
**seven** [1] - 48:24
**severe** [1] - 23:15
**shall** [1] - 4:12
**shame** [1] - 19:20
**share** [2] - 17:3, 47:22, 52:18
**shared** [3] - 32:23, 40:25, 42:3
**sharing** [1] - 42:17
**SHELTON** [1] - 2:9
**shoplifting** [1] - 30:2, 30:9
**short** [1] - 36:23
**shorthand** [1] - 55:11
**Shorthand** [2] - 4:16, 55:8
**shortly** [2] - 13:24, 42:6
**shoulder** [1] - 5:24
**show** [4] - 6:24, 7:7, 51:19, 51:20
**shrugs** [1] - 5:23
**sick** [4] - 15:23, 36:13, 42:17, 46:15
**side** [1] - 33:5
**signature** [2] - 8:4, 8:6
**signing** [1] - 4:9
**single** [2] - 6:15, 18:13
**sister** [2] - 27:25, 49:25
**sit** [1] - 19:16
**six** [2] - 16:13, 18:15
**sleep** [1] - 50:7
**smoke** [1] - 26:7
**smoked** [2] - 24:15, 24:16
**smoker** [1] - 24:14
**Social** [2] - 21:6, 21:21
**someone** [4] - 26:11, 34:18, 37:25, 40:25
**sometime** [3] - 34:10, 35:8, 35:25
**sometimes** [2] - 19:22, 28:16
**somewhere** [2] - 42:12, 48:15
**son** [4] - 9:19, 50:3, 50:6, 50:9
**sorry** [4] - 6:13, 42:25, 48:4, 53:8
**sort** [1] - 21:3
**sounds** [1] - 33:23

**source** [1] - 21:18
**spare** [4] - 28:22, 29:2, 32:25, 33:7
**spared** [1] - 28:16
**spell** [1] - 8:23
**spelled** [1] - 7:10
**sporadic** [1] - 51:4
**spreading** [1] - 45:16
**St** [17] - 13:22, 14:4, 14:10, 14:19, 14:23, 14:24, 15:10, 30:12, 37:10, 37:11, 37:12, 37:20, 38:13, 40:2, 40:25, 45:22, 49:10
**stamps** [1] - 21:25, 22:3
**start** [1] - 17:24
**started** [2] - 25:16, 42:12
**STATE** [1] - 1:2
**State** [8] - 1:20, 4:16, 5:15, 30:14, 31:2, 31:3, 31:19, 55:9
**statement** [1] - 44:14
**still** [5] - 10:5, 20:13, 20:15, 36:20, 48:14
**STIPULATED** [1] - 4:6
**stipulations** [1] - 9:25
**stopped** [1] - 45:10
**stories** [1] - 46:3
**story** [1] - 18:18
**Street** [1] - 2:10
**stress** [1] - 24:7
**stuff** [7] - 17:18, 17:21, 17:22, 20:10, 40:18, 42:2
**stupid** [1] - 46:21
**Suboxone** [1] - 28:6
**substance** [4] - 25:13, 25:17, 27:9, 51:8
**substances** [1] - 25:18
**suffered** [1] - 23:22
**sufficient** [1] - 49:19
**suicide** [1] - 27:12
**supported** [2] - 19:24, 21:2
**surprised** [1] - 42:18
**Surrogate's** [1] - 8:10
**swear** [1] - 35:11
**sweetheart** [2] - 18:12, 18:17
**sworn** [1] - 5:6

### T

**teenager** [2] - 20:24, 24:22
**telephone** [1] - 34:15
**Terra** [33] - 1:6, 7:14,

8:11, 8:18, 9:18, 10:23, 16:5, 18:5, 19:25, 20:12, 20:22, 21:16, 23:22, 25:11, 36:20, 40:17, 42:3, 42:6, 42:21, 44:3, 44:5, 45:9, 45:10, 45:12, 46:6, 46:20, 46:22, 47:25, 49:21, 51:15, 52:4, 52:14, 54:10
**Terra's** [7] - 10:18, 11:12, 13:5, 20:19, 50:19, 51:24, 52:23
**test** [1] - 13:19
**testified** [1] - 5:6
**testimony** [4] - 4:7, 4:9, 4:14, 4:15
**THE** [4] - 3:5, 3:14, 29:8, 48:4
**thinking** [1] - 27:20
**thirties** [1] - 23:18
**thirty** [1] - 18:14
**thirty-eight** [1] - 18:14
**three** [6] - 6:23, 8:6, 31:18, 31:21, 31:22, 31:23
**thyroid** [3] - 27:21, 27:23, 28:2
**title** [1] - 40:23
**TO** [2] - 3:4, 3:13
**today** [4] - 5:13, 11:22, 37:4, 54:18
**together** [2] - 18:15, 18:25
**took** [5] - 13:13, 13:22, 14:21, 23:5, 27:21
**torn** [1] - 33:4
**tortured** [1] - 29:5
**totally** [2] - 45:9, 45:19
**transcript** [2] - 4:14, 55:11
**traumatic** [1] - 24:7
**travel** [1] - 10:10
**treat** [1] - 47:21
**treated** [1] - 47:2
**treating** [1] - 44:22
**treatment** [8] - 33:13, 44:10, 44:12, 44:25, 45:2, 45:4, 45:8, 45:13
**trial** [2] - 4:8, 4:11
**tried** [3] - 15:15, 32:25, 33:7
**truck** [3] - 6:21, 10:9, 23:4
**true** [1] - 55:11
**try** [9] - 17:20, 19:3, 20:8, 29:10, 29:18,

46:5, 46:7, 47:25, 48:8
**trying** [10] - 11:4, 14:7, 14:21, 17:4, 17:5, 17:7, 17:9, 17:14, 36:16, 37:2
**turn** [2] - 48:18, 48:25
**turned** [1] - 16:4
**twenty** [2] - 31:7, 39:2
**twenty-five** [1] - 31:7
**two** [15] - 7:9, 7:21, 7:22, 8:4, 12:21, 20:16, 34:24, 35:15, 36:9, 36:19, 50:4, 50:21, 51:21, 52:17
**two-minute** [2] - 34:24, 36:9
**Tylenol** [1] - 44:17
**type** [2] - 28:11, 30:6

### U

**ugly** [3] - 28:22, 28:24, 29:3
**um-hmm** [15] - 7:10, 7:25, 10:22, 11:17, 12:24, 13:10, 21:8, 32:2, 33:18, 36:3, 39:4, 39:8, 42:23, 45:25, 53:17
**Under** [1] - 5:14
**UNDER** [1] - 1:14
**up** [28] - 13:13, 13:22, 14:4, 15:3, 16:4, 20:7, 21:14, 31:10, 37:6, 38:21, 38:22, 38:25, 39:6, 39:13, 42:13, 42:15, 42:17, 43:25, 44:15, 44:22, 46:10, 46:17, 48:7, 48:21, 50:24, 51:19, 51:20
**Utica** [3] - 2:7, 6:13, 50:11

### V

**valid** [2] - 15:5, 15:8
**versa** [1] - 18:4
**vice** [1] - 18:3
**vinegar** [1] - 46:22
**visit** [10] - 22:15, 22:19, 22:24, 34:14, 39:15, 40:2, 44:20, 49:10, 53:15, 53:24
**visitation** [1] - 23:6
**visiting** [3] - 39:7, 39:9, 49:9
**vs** [1] - 1:8

6

## W

wait [1] - 5:25
waived [2] - 4:9, 4:17
Walsh [1] - 5:11
WALSH [7] - 2:11, 5:8,
  7:4, 7:15, 48:19,
  49:3, 54:16
Walsh's [1] - 17:12
week [1] - 51:3
William [1] - 1:17
wish [3] - 19:21,
  19:22, 28:17
WITNESS [2] - 29:8,
  48:4
woman [3] - 18:20,
  18:21, 18:24
word [3] - 6:11, 10:19,
  36:19
worse [1] - 45:18
worst [1] - 48:6
write [2] - 34:25

## Y

year [5] - 13:24, 16:9,
  16:11, 16:12, 16:14
years [16] - 6:23, 9:3,
  10:4, 14:7, 17:2,
  18:14, 18:15, 18:19,
  19:7, 24:22, 29:5,
  30:21, 31:7, 31:18,
  31:21, 47:17
YORK [1] - 1:2
York [8] - 1:18, 1:21,
  2:7, 2:10, 4:17, 5:15,
  6:13, 55:10
young [1] - 20:24
yourself [1] - 7:8
yup [1] - 12:10