EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------X  Civil Docket No.
JOSEPH J. BONANZA, As Administrator of    9:23-CV-00691(DNH-ATB)
the Estate of TERRA LYNN BONANZA,
deceased,

                Plaintiff                **DEFENDANTS' RULE 26 DISCLOSURE**

   -against-

COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S
DEPARTMENT, ONEIDA COUNTY CORRECTIONAL
FACILITY, CBH MEDICAL, P.C., AND ABC
CORPORATIONS, DEF CORPORATIONS, JANE
DOES, JOHN DOES, JANE ROES, AND JOHN
ROES (fictitious names, the true
identities of which are unknown by
plaintiff at present),

                Defendants.
---------------------------------------X

    Defendants, CBH MEDICAL, P.C. and SM DENTAL, P.C. s/h/a CBH MEDICAL, P.C., by their attorneys, The Law Offices of Steinberg, Symer & Platt, LLP, as and for the initial disclosure pursuant to Rule 26 of the FRCP, state as follows:

    A.    Individuals who may have discoverable material in support of the defense include:

        1.    Medical staff present at Oneida County Correctional Facility and may have provided medical care, observation or evaluations to plaintiff's decedent may include the following:

            A.    Nancy Menter, RN, HSA
                  c/o CBH Medical, P.C.
                  980 Harvest Drive, Suite 202
                  Blue Bell, PA 19422

B.  Nancy Snyder Potaczala, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

C.  Donna Cady, LPN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

D.  Tracy Bates, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

E.  Peter Manno, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

F.  Patrice Cianfrocco, NP
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

G.  Andrew Clarke, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

H.  Tammy Colvin, A
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

I.  Celia Goodwin, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

J.  Jason Johnson, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  K. Johanna Jones, MRC
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  L. Christina Livermore, LPN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  M. Jessica Price, LPN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  N. Emily Tallarino, RN
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  O. Nabin Adhikari, M.D.
    342 South Salina Street, Suite 300
    Syracuse, New York 13202

  P. Shane Sunday-Management
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

  Q. George Krom-Management
    c/o CBH Medical, P.C.
    980 Harvest Drive, Suite 202
    Blue Bell, PA 19422

2. All defendants

3. Members of the Correctional staff at Oneida County Correctional Facility involved in the incarceration of plaintiff's decedent; identification in control or maintenance of County of Oneida Sheriff's Department.

Each of the above may provide material as to the evaluations, observations, medical condition and treatment of the

plaintiff's decedent as well as the policies and practices of medical care during the period of plaintiff's decedent incarcerations at the Oneida County Correctional Facility.

B.  Plaintiff's medical records are maintained in the regular course of business at the Oneida County Correctional Facility; [upon information and belief, a copy of which previously has been provided to plaintiff's counsel].  A copy of the medical records for the periods of plaintiff's decedent's incarceration from February 18, 2021 through March 18, 2021 is attached as Exhibit A.

C.  Damages - None known.

D.  The defendants maintained claims made professional liability insurance coverage through EmPRO Insurance Company. pursuant to Policy No. 88451 with effective dates of November 1, 2021 through November 1, 2022 with a retroactive date of February 1, 2003.  The limits of liability are $1,000,000 per claim and $3,000,000 aggregate.

Defendants reserve the right to supplement and/or amend this response up to and during the trial of this action.

Dated:     Poughkeepsie, New York
           July 17, 2023

                        Respectfully yours,

                        The Law Offices of
                        **STEINBERG & SYMER, LLP**

                        By: JONATHAN E. SYMER
                        (USDC NDNY Bar Roll No.:516292)
                        Attorneys for Defendant
                        CBH MEDICAL, P.C. and SM DENTAL, P.C.
                        s/h/a CBH MEDICAL, P.C.
                        22 IBM Road, Suite 201
                        Poughkeepsie, New York  12601
                        (845) 471-4455

TO:   GREENE REID & POMEROY, PLLC
      Attorneys for Plaintiff
      173 Intrepid Lane
      Syracuse, New York 13205

      KENNEY SHELTON LIPTAK NOWAK LLP
      Attorneys for Defendants
      COUNTY OF ONEIDA, ONEIDA COUNTY
      SHERIFF'S DEPARTMENT and ONEIDA COUNTY
      CORRECTIONAL FACILITY
      4615 North Street
      Jamesville, NY 13078

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------X  Civil Docket No.
JOSEPH J. BONANZA, As Administrator of  9:23-CV-00691(DNH-ATB)
the Estate of TERRA LYNN BONANZA,
deceased,

                    Plaintiff

    -against-                            CERTIFICATE OF SERVICE

COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S
DEPARTMENT, ONEIDA COUNTY CORRECTIONAL
FACILITY, CBH MEDICAL, P.C., AND ABC
CORPORATIONS, DEF CORPORATIONS, JANE
DOES, JOHN DOES, JANE ROES, AND JOHN
ROES (fictitious names, the true
identities of which are unknown by
plaintiff at present),

                    Defendants.
-------------------------------------X
STATE OF NEW YORK )
                  )  SS.:
COUNTY OF DUTCHESS )
```

    I hereby certify that on July 17, 2023, I electronically served the foregoing DEFENDANTS' RULE 26 DISCLOSURE on behalf of Steinberg, Symer & Platt, LLP, attorneys for defendant, CBH Medical, P.C. and SM Dental, P.C., sued herein as, CBH Medical, P.C., by e-mail upon the following parties:

    GREENE REID & POMEROY, PLLC
    Attorneys for Plaintiff
    173 Intrepid Lane
    Syracuse, New York 13205
    jpomeroy@greenereid.com

    KENNEY SHELTON LIPTAK NOWAK LLP
    Attorneys for Defendants
    COUNTY OF ONEIDA, ONEIDA COUNTY
    SHERIFF'S DEPARTMENT and ONEIDA COUNTY
    CORRECTIONAL FACILITY
    4615 North Street
    Jamesville, NY 13078
    DHWalsh@kslnlaw.com

_____
IFE GEORGES

Sworn to before me
on July 17, 2023.

_____
NOTARY PUBLIC

3811-NDNY

DEBORAH NOVICK
NOTARY PUBLIC, State of New York
No. 4958085
Qualified in Dutchess County
Commission Expires Oct. 30, 20 25