EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X  Civil Docket No.
JOSEPH J. BONANZA, As Administrator of  9:23-CV-00691(DNH-ATB)
the Estate of TERRA LYNN BONANZA,
deceased,                               Assigned to:
                                        U.S. Magistrate Judge
                Plaintiff               Mitchell J. Katz

    -against-
                                        **AFFIDAVIT**

COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S
DEPARTMENT, ONEIDA COUNTY CORRECTIONAL
FACILITY, CBH MEDICAL, P.C., HELIO HEALTH,
INC., and DEF CORPORATIONS, JANE DOES,
JOHN DOES, JANE ROES, AND JOHN ROES
(fictitious names, the true identities of
which are unknown by plaintiff at present),

                Defendants.
------------------------------------X

STATE OF _Pennsylvania_
                              ss:
COUNTY OF _Montgomery_

   Shane Sunday, under the penalties of perjury, deposes and states as follows:

   1. I am the authorized administrative Agent for CBH Medical, P.C. and SM Dental, P.C. (hereinafter "CBH Medical") and as such, I am fully knowledgeable as to its prior contractual relation with County of Oneida, Oneida County Correctional Facility and Oneida County Sheriff's Department.

   2. Additionally, I am fully knowledgeable as to the employment records and status of its prior employees.

   3. CBH Medical's contract with County of Oneida to provide

1

medical services at Oneida County Correctional Facility ended on December 31, 2022. As such, CBH Medical had no further role or presence at Oneida County Correctional Facility after December 31, 2022 and to the present.

4. The records maintained by CBH Medical establish Nabin Adhikari, M.D. was a past employed physician by CBH Medical. His employment ended March 10, 2022. From that date to the present, CBH Medical had no further relation with Dr. Adhikari.

5. The records maintained by CBH Medical establish Nancy Menter, R.N. was a prior employed Nurse by CBH Medical. Nurse Menter's employment relationship with CBH Medical ended, effective December 31, 2022. CBH Medical had no further relation with Nancy Menter after December 31, 2022 to the present.

6. CBH Medical was served with the initial Complaint after April 27, 2023 as the Summons and Complaint were forwarded to CBH Medical by the New York Secretary of State. CBH Medical had no contact with either Nurse Menter or Dr. Adhikari concerning this action or the pleadings.

_____
Shane Sunday

Sworn to before me on
___28th May___, 2024

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kathryn D Schrader, Notary Public
Montgomery County
My Commission Expires April 13, 2027
Commission Number 1147001