UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X   Civil Docket No.
JOSEPH J. BONANZA, As Administrator of   9:23-CV-00691(DNH-ATB)
the Estate of TERRA LYNN BONANZA,
deceased,

                    Plaintiff

-against-                              **CERTIFICATE OF SERVICE**

COUNTY OF ONEIDA, ONEIDA COUNTY SHERIFF'S
DEPARTMENT, ONEIDA COUNTY CORRECTIONAL
FACILITY, CBH MEDICAL, P.C., HELIO HEALTH,
INC., and DEF CORPORATIONS, JANE DOES,
JOHN DOES, JANE ROES, AND JOHN ROES
(fictitious names, the true identities of
which are unknown by plaintiff at present),

                    Defendants.
------------------------------------X
STATE OF NEW YORK  )
                      SS.:
COUNTY OF DUTCHESS )

    I hereby certify that on May 29, 2024, I electronically filed the foregoing Attorney Affirmation in Opposition and supporting Memorandum of Law and exhibits on behalf of Steinberg, Symer & Platt, LLP, attorneys for defendant, CBH Medical, P.C. and SM Dental, P.C., sued herein as, CBH Medical, P.C., with the Clerk of the Northern District Court using its CM/ECF system, which would then electronically notify the following:

    GREENE REID & POMEROY, PLLC
    Attorneys for Plaintiff
    173 Intrepid Lane
    Syracuse, New York 13205

1

SUGARMAN LAW FIRM, LLP
Attorneys for Defendants
COUNTY OF ONEIDA, ONEIDA COUNTY
SHERIFF'S DEPARTMENT and ONEIDA COUNTY
CORRECTIONAL FACILITY
211 West Jefferson Street
Syracuse, New York 13202

GOLDBERG SEGALLA LLP
By: Christina M. Verone Juliano, Esq.
Attorneys for Defendant
HELIO HEALTH, INC.
5786 Widewaters Parkway
Syracuse, New York 13214

I further certify that I have mailed the foregoing by the United States Postal Service to the following parties who are not participants in the CM/ECF system:

None

_____
JONATHAN E. SYMER

Sworn to before me
on May 29, 2024.

_____
NOTARY PUBLIC

DEBORAH NOVICK
NOTARY PUBLIC, State of New York
No. 4958085
Qualified in Dutchess County
Commission Expires Oct. 30, 20 25

2024 0529 3811-NDNY